IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-RTG

TERRIANNE PAIGE HIEHLE, in her individual capacity and behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and behalf of all others similarly situated;

    Plaintiffs,

v.

EDWARD ABER, In his individual and official capacities as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual and official capacities as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-#10, in their individual capacities,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is ORDERED that this case be DRAWN to a presiding judge and, if applicable, to a magistrate judge.

DATED August 15, 2025.

BY THE COURT:

*Richard T. Gurley*

---

Richard T. Gurley
United States Magistrate Judge