**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

Defendants.

**SUMMONS IN A CIVIL ACTION**

**To:**    **Edward Aber**
           1908 Eastlawn Avenue
           Durango, CO 81301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United Sates agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Attorney for Plaintiff*
Jason Kosloski
KOSLOSKI LAW, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*