AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-02531-KAS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Edward Aber**
was recieved by me on  **8/26/2025:**

[X]   I personally served the summons on the individual at **1908 Eastlawn Ave, Durango, CO 81301** on **08/27/2025 at 4:45 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   08/27/2025

*Server's signature*

**Lori M Sheridan**
*Printed name and title*

**265a Road 4599**
**Blanco, NM 87412**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; CLASS ACTION COMPLAINT AND JURY DEMAND,  to Edward Aber with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with a beard and a mustache.**



Tracking #: **0184036454**

