IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-2531-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO;**
**LA PLATA COUNTY SHERIFF'S OFFICE;**
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as co-counsel for the following Plaintiffs and the proposed class:

Terrianne Paige Hiehle               ,

Katrina Lile                         ,

Kimberly Lashaway                    .

DATED at Lexington, Kentucky, this 11th day of September, 2025.

                                                  Respectfully submitted,

                                                  */s/ Philip G. Fairbanks*
                                                  PHILIP G. FAIRBANKS
                                                  **Mehr Fairbanks Trial Lawyers, PLLC**
                                                  201 West Short Street, Suite 800
                                                  Lexington, Kentucky 40507
                                                  Telephone: 859-225-3731
                                                  Email: pgf@austinmehr.com
                                                  *Co-Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jason Kosloski: jkosloski@kosloskilaw.com ,
Tyler Jolly: tyler@jollylawcolorado.com ,
Kevin Mehr: kevin.mehr@mehrlawcolorado.com ,


I hereby certify that I have served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

By email to:
D.J. Goldfarb, Berg Hill Greenleaf Ruscitti at djg@bhgrlaw.com
Counsel for La Plata County, Colorado,
Lat Plata County Sheriff's Office,
Sean Smith, Jacob Harris, and Michael Slade

By U.S. Mail, first class, postage pre-paid to:
Edward Aber, 1908 Eastlawn Ave, Durango, CO 81301.

                                                  *s/Philip G. Fairbanks*
                                                  PHILIP G. FAIRBANKS