IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

    Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO;**
**LA PLATA COUNTY SHERIFF'S OFFICE;**
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

    Defendants.

_____

**NOTICE OF FILING OF UNOPPOSED MOTION TO CONSOLIDATE IN CIVIL ACTION 25-CV-02763-GPG-KAS**
_____

PLEASE TAKE NOTICE that the Plaintiffs in Civil Action No. 25-cv-02763-GPG-KAS have filed an unopposed motion to consolidate their case with Civil Action No. 25-cv-02531-KAS. *See* Civil Action No. 25-cv-02763-GPG-KAS, ECF 25.

Respectfully submitted this 17th day of September 2025.

                                               */s Katie Wiese Valiant*
                                               Katie Wiese Valiant
                                               Siddhartha Rathod
                                               Qusair Mohamedbhai
                                               Felipe Bohnet-Gomez
                                               Omeed M. Azmoudeh
                                               Virginia Hill Butler

Neil Sandhu
kw@rmlawyers.com
sr@rmlawyers.com
qm@rmlawyers.com
fbg@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100

*/s John Baxter*_____
John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Counsel for Plaintiffs in 25-cv-02763-GPG-KAS*

2