IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-2531

**TERRIANNE PAIGE HIEHLE**, in her individual capacity and on behalf of all others similarly situated;
**KATRINA LILE**, in her individual capacity and on behalf of all others similarly situated;
**KIMBERLI LASHAWAY**, in her individual capacity and on behalf of all others similarly situated;

    Plaintiffs,

v.

**EDWARD ABER**, in his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-10**, in their individual capacities;

    Defendants.

---

### DEFENDANT EDWARD ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

---

Defendant, **Edward Aber,** hereby files his Unopposed Motion for Extension of Time to File Responsive Pleading, and in support thereof, states as follows:

1. Plaintiffs filed their Complaint on August 13, 2025.

2. Defendant was served on August 26, 2025.

3. Defendant's responsive pleading is currently due today, September 17, 2025.

4. Defendant is actively attempting to secure counsel in this matter, which is complex and will require careful evaluation before any responsive pleading can be filed. Despite diligent efforts, he has not yet finalized representation.

5. Therefore, Defendant respectfully requests a thirty (30) day extension, up to and including October 17, 2025, in an attempt to allow sufficient time to retain counsel and prepare a proper responsive pleading; with this said, Defendant reserves his right to request additional time if circumstances necessitate such in the future.

6. Counsel for Plaintiffs does not oppose the relief sought.

7. This extension is not sought for the purpose of delay but to ensure that Defendant can meaningfully participate in this litigation with the assistance of counsel.

Dated this 17th day of September 2025.

Respectfully submitted,

*/S/ Edward Aber*
Edward Aber

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT EDWARD ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** was electronically filed on September 16, 2025, using the CM/ECF system, served to all Counsel of Record, and emailed to Counsel at:

Jason Kosloski (CO Bar # 50214)
KOSLOSKI LAW, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com

/S/ Edward Aber
Edward Aber

3