IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and behalf of all others similarly situated,

      Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on Defendant Edward Aber's **Unopposed Motion for Extension of Time to File Responsive Pleading** [#36] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. Defendant Edward Aber shall have until **October 17, 2025**, to answer or otherwise respond to the operative complaint.

      Dated: September 18, 2025