# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO;**
**LA PLATA COUNTY SHERIFF'S OFFICE;**
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES

Come the Plaintiffs, Terrianne Paige Hiehle, Katrina Lile, and Kimberli Lashaway, through the undersigned counsel, and move the Court to consolidate this action with a related case, Civil Action No. 25-cv-02763-KAS.[1] As grounds for this motion, Plaintiffs state as follows:

---

[1] Pursuant to Local Rule 7.1, Plaintiffs have conferred with counsel for Defendants La Plata County, Colorado, La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris by email on September 18, 2025. Counsel for those Defendants has indicated this motion may be filed as "unopposed." Plaintiffs have also conferred with counsel for Defendant Edward Aber through email on September 19, 2025. Counsel for Mr. Aber has indicated this motion may be filed as "unopposed."

I.  **Introduction**

This case was filed on August 13, 2025. ECF No. 1. The Class Action Complaint and Jury Demand alleges that Defendant Edward Aber, while serving as the Jail Commander of the La Plata County Jail, engaged in a scheme to sexually exploit female inmates in his custody by repeatedly accessing and viewing digital recordings of strip searches for his own sexual gratification. The Complaint asserts several causes of action against the named Defendants arising under federal and Colorado law. Plaintiffs seek relief for themselves and to proceed as representatives of a proposed class of similarly situated individuals under Fed. R. Civ. P. 23.

On September 3, 2025, a similar lawsuit was filed by a group of plaintiffs against similar defendants[2] herein, asserting similarly worded allegations and claims for relief. That case is styled *C.B., et al. v. Aber, et al.*, 25-cv-02763-GPG-KAS. In the *C.B.* case, the plaintiffs are represented by separate counsel. The plaintiffs therein have asserted nearly identical causes of action against the same defendants in this case and also seek to proceed as representatives of a class of individuals under Fed. R. Civ. P. 23. A copy of the *C.B.* Complaint is attached as Exhibit 1.

II.  **Legal Standard**

Under Civil Rule 42(a), when actions before the court involve a common question of law or fact, the court may consolidate the actions. The court has discretion to decide whether to consolidate cases on its docket. *Decker v. Amer Sports Winter & Outdoor Co.*, 2025 U.S. Dist. LEXIS 88308, at *5 (D. Colo. May 8, 2025). In making this decision, the court weighs both judicial economy and fairness to the parties. *Id.* (internal citations omitted). When separate cases make similar class action allegations, consolidation will often "facilitate a more efficient resolution of

---

[2] The *C.B.* case names as defendants Edward Aber, Board of County Commissioners of the County of La Plata, Jacob Harris, Michael Slade, and Sean Smith. The *C.B.* case does not name La Plata County Sheriff's Office as a defendant.

the cases for both the Parties and the Court." *Doe v. Conceptions Reprod. Assocs., Inc.*, 2025 U.S. Dist. LEXIS 86484, at *3 (D. Colo. May 6, 2025) (consolidating overlapping class action cases).

Consolidation is appropriate here because the two cases involve similar defendants and nearly identical causes of action arising from the same course of conduct. The two cases involve nearly identical proposed classes of individuals, with both cases alleging a proposed class of female individuals who were detained at the La Plata County Jail between February 14, 2019, and July 14, 2024. The plaintiffs in the *C.B.* case have filed their own motion to consolidate the two cases. *See* ECF No. 35. Because there is agreement with respect to the motion and because consolidation would promote efficiency, Plaintiffs request that the Court grant this motion.

Local Rule 42.1 states that "[a] motion to consolidate shall be filed in the lowest numbered case included in the proposed consolidation and shall be decided by the district judge to whom the lowest numbered case is assigned." D.C.COLO.LCivR Rule 42.1. Because this action is the lowest numbered case, the cases should be consolidated into this action.

### III. Conclusion

Plaintiffs respectfully request that the court consolidate this case with the related case of *C.B., et al. v. Aber, et al.*, 25-cv-02763-GPG-KAS and order that all subsequent pleadings be filed in this action. A Proposed Order is attached.

DATED this 19th day of September, 2025.

Respectfully submitted,

*/s/ Philip G. Fairbanks*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Email: pgf@austinmehr.com

KEVIN MEHR
TYLER JOLLY
Mehr Jolly, PLLC
3107 W. Colorado Ave., #184
Colorado Springs, CO 80904

JASON KOSLOSKI
Kosloski Law, PLLC
1401 Lawrence Street, Ste. 1600
Denver, CO 80202

*Attorneys for Plaintiffs and the Proposed Class*

4

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses for the recipients registered to receive service in this case:

Bartley K. Hagerman     bkh@austinmehr.com, assistant@austinmehr.com

Edward Aber     aberej33@gmail.com

Jason Matthew Kosloski     jkosloski@koskoslawlaw.com, jkosloski@recap.email

Kevin Austin Mehr     kevin.mehr@mehrlawcolorado.com

M. Austin Mehr     amehr@austinmehr.com

Philip G. Fairbanks     pgf@austinmehr.com, assistant@austinmehr.com

Tyler A. Jolly     tyler@jollylawcolorado.com

and that an email copy was sent to:

D.J. Goldfarb, Berg Hill Greenleaf Ruscitti at djg@bhgrlaw.com
Counsel for La Plata County, Colorado,
Lat Plata County Sheriff's Office,
Sean Smith, Jacob Harris, and Michael Slade

*s/Philip G. Fairbanks*
PHILIP G. FAIRBANKS