IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO;**
**LA PLATA COUNTY SHERIFF'S OFFICE;**
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

Defendants.

---

**[PROPOSED] ORDER**

---

This matter is before the Court on an unopposed motion to consolidate filed by Plaintiffs Terrianne Hiehle, Katrina Lile, and Kimberli Lashaway. Plaintiffs seek to consolidate this case with a related case, *C.B., et al. v. Aber, et al.*, 25-cv-02763-GPG-KAS. The plaintiffs in the *C.B.* case have also filed a motion to consolidate the two cases. Having considered the motions and the record, the Court finds that the cases are appropriate for consolidation under Fed. R. Civ. P. 42(a). Accordingly, it is hereby ORDERED:

1) Plaintiffs' motion to consolidate cases is GRANTED.

2) Pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR Rule 42.1, the Clerk of Court shall CONSOLIDATE this case with *C.B., et al. v. Aber, et al.*, 25-cv-02763-GPG-KAS.

3) The Parties shall file all pleadings and papers in this action under the caption of:

   Civil Action No. 25-cv-02531
   (Consolidated with Civil Action No. 25-cv-02763)

4) All further filings shall be made in Civil Action No. 25-cv-02531-KAS.


Dated: _____