IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and behalf of all others similarly situated;
KIMBERLI LASHAWAY, in her individual capacity and behalf of all others similarly situated;

    Plaintiff(s),

v.

EDWARD ABER, In his individual and official capacities as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual and official capacities as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity;
JOHN/JANE DOES #1-#10, in their individual capacities;

    Defendant(s).

_____

**ENTRY OF APPEARANCE**
_____

    David J. Goldfarb of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby certifies that he is a member in good standing of the bar of this Court and enters his appearance as counsel for the Defendants La Plata County, Colorado; La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris (the "La Plata County Defendants") in the above-captioned matter.

Respectfully submitted this 10th day of October, 2025.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ David J. Goldfarb*

_____

David J. Goldfarb
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  djg@bhgrlaw.com

*Attorney for the La Plata County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| Crist Whitney | John C. Baxter |
| Felipe S. Bohnet-Gomez | John C. Baxter, Attorney at Law |
| Iris Halpern | 1099 Main Avenue, #500 |
| Katie W. Valiant | Durango, CO  81301 |
| Matthew J. Cron | baxterlaw@gmail.com |
| Omeed M. Azmoudeh | |
| Qusair Mohamedbhai | M. Austin Mehr |
| Siddhartha H. Rathod | Kevin A. Mehr |
| Virginia H. Butler | Bartley K. Hagerman |
| Neil S. Sandhu | Phillip G. Fairbanks |
| Rathod  \|  Mohamedbhai LLC | Mehr Fairbanks Trial Lawyers PLLC |
| 2701 Lawrence Street, Suite 100 | 201 West Short Street, Suite 800 |
| Denver, CO  80205 | Lexington, KY  40507 |
| cw@rmlawyers.com | amehr@austinmehr.com |
| fbg@rmlawyers.com | kevin.mehr@mehrlawcolorado.com |
| ih@rmlawyers.com | bkh@austinmehr.com |
| kw@rmlawyers.com | pgf@austinmehr.com |
| mc@rmlawyers.com | |
| oa@rmlawyers.com | Jason M. Kosloski |
| qm@rmlawyers.com | Kosloski Law, PLLC |
| sr@rmlawyers.com | 1401 Lawrence Street, Suite 1600 |
| vb@rmlawyers.com | Denver, CO 80202 |
| ns@rmlawyers.com | jkosloski@kosloskilaw.com |
| | |
| | Tyler A. Jolly |
| | Jolly Law P.L.L.C. |
| | 9996 W. U.S.. Highway 50, Unit 1090 |
| | Salida, CO  81201 |
| | Tyler@JollyLawColorado.com |

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Edward Aber
1908 Eastlawn Avenue
Durango, CO 81301
aberej33@gmail.com

*s/ Cheryl Stasiak*
_____
Cheryl Stasiak