IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-2763

**CB;RC;JE;SH;AH;AH;MJ;JL;MN;SR;MS;AS;NT;KT;RW;IW;JW;and EP Plaintiffs, in their individual capacities and on behalf of all others similarly situate,**

    Plaintiffs,

v.

**EDWARD ABER**,
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAPLATA,**
**JACOB HARRIS,**
**MICHAEL SLADE**;
**SEAN SMITH**

    Defendants.

---

**DEFENDANT EDWARD ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

---

Defendant, **Edward Aber,** hereby files his Unopposed Motion for Extension of Time to File Responsive Pleading, and in support thereof, states as follows:

1. Plaintiffs filed their Complaint on September 3, 2025.

2. Defendant was served on September 5, 2025.

3. Defendant's responsive pleading was due today, September 26, 2025.

4. A motion to merge 25-cv-2763 and 25-2531 was filed in the cases and the Defendant was under the mistaken impression that an approved Motion for Extension on 25-2531 covered both civil matters.

5. Defendant is actively attempting to secure counsel in this matter, which is complex and will require careful evaluation before any responsive pleading can be filed. Despite diligent efforts, he has not yet finalized representation.

6. Therefore, Defendant respectfully requests a thirty (30) day extension, up to and including November 17, 2025, in an attempt to allow sufficient time to retain counsel and prepare a proper responsive pleading; with this said, Defendant reserves his right to request additional time if circumstances necessitate such in the future.

7. Counsel for Plaintiffs does not oppose the relief sought.

8. This extension is not sought for the purpose of delay but to ensure that Defendant can meaningfully participate in this litigation with the assistance of counsel.

Dated this 16th day of October 2025.

Respectfully submitted,

*/S/ Edward Aber*
Edward Aber

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEFENDANT EDWARD ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** was electronically filed on October 15, 2025, using the CM/ECF system, served to all Counsel of Record, and emailed to Counsel at:

Felipe Bohnet-Gomez **fbg@rmlawyers.com**

Katie Wiese **kw@rmlawyers.com**

Neil Sandhu **ns@rmlawyers.com**

Siddhartha H. Rathod **sr@rmlawyers.com**

John Baxter **baxterlaw@gmail.com**

*/S/ Edward Aber*
Edward Aber

3