IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

     Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on Defendant Edward Aber's **Unopposed Motion for Extension of Time to File Responsive Pleading** [#45] (the "First Motion") and Defendant Edward Aber's **Motion for Extension of Time (2nd) to File Responsive Pleading** [#46] (the "Second Motion").

     In the First Motion [#45], Defendant Edward Aber ("Aber") states Plaintiffs served him with the Complaint on September 5, 2025, and his responsive pleading was therefore due on September 26, 2025. *Motion* [#45] at 1. Based on the caption in the First Motion [#45] and given that the deadlines posed by Plaintiff in the First Motion [#45] do not align with the deadlines in this case, Defendant Aber appears to have intended to file this in a separate but related case, Case No. 25-cv-02763-GPG-KAS. Because that case has not been consolidated with the instant case, Defendant Aber improperly filed the First Motion [#45] in the instant case.

In his Second Motion [#46], Defendant Aber requests a 30-day extension, through November 17, 2025, to respond to Plaintiffs' Complaint due to his ongoing efforts to retain counsel. *Second Motion* [#46] at 2. The Court previously extended Defendant Aber's responsive pleading deadline to October 17, 2025. *See Minute Order* [#37]. The Second Motion [#46] indicates that Plaintiffs do not oppose an extension through November 3, 2025, which is the deadline for the remaining Defendants to file their responsive pleadings. *Id.* Accordingly,

IT IS HEREBY **ORDERED** that the First Motion [#45] is **DENIED without prejudice** to refiling in the proper case.

IT IS FURTHER **ORDERED** that the Second Motion [#46] is **GRANTED**. Defendant Aber shall have until **November 17, 2025**, to answer or otherwise respond to the operative complaint.

Dated: October 20, 2025

2