IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS
(Consolidated for all purposes with Civil Action No. 25-cv-02763-GPS-KAS)

TERRIANNE PAIGE HIEHLE, in her individual capacity and behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and behalf of all others similarly situated;
KIMBERLI LASHAWAY, in her individual capacity and behalf of all others similarly situated;
    Plaintiff(s),

v.

EDWARD ABER, In his individual and official capacities as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual and official capacities as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity;
JOHN/JANE DOES #1-#10, in their individual capacities;
    Defendant(s).

*and*

C.B., R.C., J.E, S.H., A.H., A.H., M.J., J.L., M.N., E.P.
S.R., M.S., A.S., N.T., K.T., R.W., I.W., and J.W.
    Plaintiffs, individually and on behalf of all others similarly situated,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County;
    Defendant(s).

___

**LA PLATA DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO EXCEED PAGE LIMITS**
___

Defendants Board of County Commissioners of the County of La Plata; Jacob Harris, Michael Slade, and Sean Smith (the "La Plata Defendants") respectfully submit the following unopposed Motion for Extension of Time and to Exceed Page Limits in No. 25-cv-02763-GPS-KAS. Undersigned counsel certifies that he conferred by videoconference with counsel for Plaintiffs in No. 25-cv-02763-GPS-KAS on today's date, and that this Motion is unopposed.

1. The La Plata Defendants' responses to the Complaints in both of these consolidated matters are currently due on November 3, 2025. The La Plata Defendants respectfully request that the Court grant them an additional two days to file the response in No. 25-cv-02763-GPS-KAS, such that their response will be due on November 5, 2025.

2. Lead counsel for the La Plata Defendants has been involved in numerous hearings in recent weeks, including a *Trinity* hearing in state court at the end of last week that required an all-day evidentiary presentation.

3. Each of the consolidated cases involves lengthy complaints with numerous claims for relief against the La Plata Defendants. The allegations in the two complaints differ in various respects from each other. Accordingly, the La Plata Defendants must separately analyze and respond to the allegations in each case.

4. The stakes are high for all parties in both cases, and involve seven or more complex constitutional claims against the La Plata Defendants in each case. The requested extension will enable the La Plata Defendants to provide the Court with a properly differentiated discussion in each case that accounts for the varying allegations in each complaint.

5. Due to the numerous claims and the numerous La Plata Defendants, this Motion also seeks leave to file a single consolidated motion to dismiss on behalf of all the La Plata Defendants in No. 25-cv-02763-GPS-KAS. In order to address the allegations against each of the separate La Plata Defendants, and the different doctrines that apply to the various claims against them, this Motion seeks leave to file a single motion no more than 30 pages in length. The La Plata Defendants respectfully submit that this approach will be more efficient for the parties and the Court than submitting separate motions on behalf of each Defendant that complies with default page limits. The La Plata Defendants have informed Plaintiffs that they will have no objection to a corresponding length allowance for Plaintiffs' response to the motion to dismiss.

6. This Motion complies with D.C.COLO.LCivR 6.1 and is the first extension the La Plata Defendants have requested. Due to its brevity and the fact that it is unopposed, the requested extension will not prejudice any party. The La Plata Defendants accordingly request that the Court grant the Motion, extend their deadline to respond to the Complaint in No. 25-cv-02763-GPS-KAS to November 5, 2025, and permit them to file a single consolidated motion to dismiss of 30 pages in length.

3

7.  Undersigned counsel certifies that it will contemporaneously serve this Motion on the La Plata Defendants.

Respectfully submitted this 30th day of October, 2025.

> BERG HILL GREENLEAF RUSCITTI LLP
>
> *s/ Christopher G. Seldin*
> David J. Goldfarb
> Christopher G. Seldin
> Abbey Derechin
> 1712 Pearl Street
> Boulder, CO  80302
> Phone:  (303) 402-1600
> Fax:  (303) 402-1601
> djg@bhgrlaw.com
> chris.seldin@bhgrlaw.com
> abbey.derechin@bhgrlaw.com
>
> *Attorneys for the La Plata County Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of October, 2025, I electronically filed the foregoing **LA PLATA DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO EXCEED PAGE LIMITS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

    Crist Whitney
    Felipe S. Bohnet-Gomez
    Iris Halpern
    Katie W. Valiant
    Matthew J. Cron
    Omeed M. Azmoudeh
    Qusair Mohamedbhai
    Siddhartha H. Rathod
    Virginia H. Butler
    Neil S. Sandhu
    Rathod | Mohamedbhai LLC
    2701 Lawrence Street, Suite 100
    Denver, CO  80205
    cw@rmlawyers.com
    fbg@rmlawyers.com
    ih@rmlawyers.com
    kw@rmlawyers.com
    mc@rmlawyers.com
    oa@rmlawyers.com
    qm@rmlawyers.com
    sr@rmlawyers.com
    vb@rmlawyers.com
    ns@rmlawyers.com

    John C. Baxter
    John C. Baxter, Attorney at Law
    1099 Main Avenue, #500
    Durango, CO  81301
    baxterlaw@gmail.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Edward Aber
    1908 Eastlawn Avenue
    Durango, CO 81301
    aberej33@gmail.com

                                *s/ Cheryl Stasiak*
                                _____
                                Cheryl Stasiak
                                4914-5083-9926, v. 1