IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
(Consolidated for all purposes with Civil Action No. 25-cv-02763-GPS-KAS)

TERRIANNE PAIGE HIEHLE, in her individual capacity and
behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and behalf of all
others similarly situated;
KIMBERLI LASHAWAY, in her individual capacity and behalf
of all others similarly situated;
    Plaintiff(s),

v.

EDWARD ABER, In his individual and official capacities as
Jail Commander of the La Plata
County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual and official capacities as
Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity;
JOHN/JANE DOES #1-#10, in their individual capacities;
    Defendant(s).

*and*

C.B., R.C., J.E, S.H., A.H., A.H., M.J., J.L., M.N., E.P.
S.R., M.S., A.S., N.T., K.T., R.W., I.W., and J.W.
    Plaintiffs, individually and on behalf of all others
    similarly situated,

v.

EDWARD ABER, in his individual capacity and official
capacity as Jail Commander of the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata
County;
    Defendant(s).

———————————————————————————————————————
**LA PLATA DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**
———————————————————————————————————————

Defendants La Plata County; La Plata County Sheriff's Office; Sean Smith, Michael Slade, and Jacob Harris (the "La Plata Defendants") respectfully submit the following unopposed Motion to Exceed Page Limits in No. 25-cv-02531-GPG-KAS. Undersigned counsel certifies that he conferred by videoconference with counsel for Plaintiffs in No. 25-cv-02531-GPG-KAS on today's date, and that this Motion is unopposed.

1. Due to the numerous claims and the numerous La Plata Defendants, this Motion seeks leave to file a single consolidated motion to dismiss on behalf of all the La Plata Defendants in No. 25-cv-02531-GPG-KAS. In order to address the allegations against each of the separate La Plata Defendants, and the different doctrines that apply to the various claims against them, this Motion seeks leave to file a single motion no more than 30 pages in length. The La Plata Defendants respectfully submit that this approach will be more efficient for the parties and the Court than submitting a separate motion on behalf of each Defendant that complies with default page limits. The La Plata Defendants have informed Plaintiffs that they will have no objection to a corresponding length allowance for Plaintiffs' response to the motion to dismiss.

2. This Motion complies with D.C.COLO.LCivR 7.1 and D.C.COLO.MJ V.2. The parties agree that a single consolidated brief will be most efficient; the requested relief will therefore not prejudice any party. The La Plata Defendants accordingly

request that the Court grant the Motion, and permit them to file a single consolidated motion to dismiss of 30 pages in length.

Respectfully submitted this 31st day of October, 2025.

> BERG HILL GREENLEAF RUSCITTI LLP
>
> *s/ Christopher G. Seldin*
> David J. Goldfarb
> Christopher G. Seldin
> Abbey Derechin
> 1712 Pearl Street
> Boulder, CO  80302
> Phone:  (303) 402-1600
> Fax:  (303) 402-1601
> djg@bhgrlaw.com
> chris.seldin@bhgrlaw.com
> abbey.derechin@bhgrlaw.com
>
> *Attorneys for the La Plata County Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of October, 2025, I electronically filed the foregoing **LA PLATA DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Crist Whitney
Felipe S. Bohnet-Gomez
Iris Halpern
Katie W. Valiant
Matthew J. Cron
Omeed M. Azmoudeh
Qusair Mohamedbhai
Siddhartha H. Rathod
Virginia H. Butler
Neil S. Sandhu
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
cw@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com
kw@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com

John C. Baxter
John C. Baxter, Attorney at Law
1099 Main Avenue, #500
Durango, CO 81301
baxterlaw@gmail.com

M. Austin Mehr
Kevin A. Mehr
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
amehr@austinmehr.com
kevin.mehr@mehrlawcolorado.com
bkh@austinmehr.com
pgf@austinmehr.com

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@kosloskilaw.com

Tyler A. Jolly
Jolly Law P.L.L.C.
9996 W. U.S.. Highway 50, Unit 1090
Salida, CO 81201
Tyler@JollyLawColorado.com

4

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Edward Aber
    1908 Eastlawn Avenue
    Durango, CO 81301
    aberej33@gmail.com

                                *s/ Cheryl Stasiak*
                                _____
                                Cheryl Stasiak
                                4909-1378-4182, v. 1