IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action: 25-cv-02422-DDD-KAS
Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: November 6, 2025<br>FTR – Courtroom A501 |

| Parties: | Counsel: |
|---|---|
| TERRIANNE PAIGE HIEHLE, ET AL.,<br><br>Plaintiffs, | Philip Fairbanks<br>Jason Kosloski<br>Iris Halpern<br>Siddartha Rathod<br>Neil Sandhu |
| v. | |
| EDWARD ABER, ET AL.,<br><br>Defendants. | Pro Se<br>Christopher Seldin |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**
**Court in session: 2:05 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding briefing schedule for a Motion for Appointment of Interim Class Counsel and a request for a stay on briefing of La Plata County Defendants' Motion to Dismiss [54] and La Plata County Defendants' Motion to Dismiss [56].

The Court advises Pro Se Defendant Alber of resources while proceeding pro se.

**ORDERED:** Counsel to file a Motion for Appointment of Interim Class Counsel **no later than November 25, 2025.** Response deadline is **December 9, 2025;** Replies due **no later than December 16, 2025.**

**ORDERED:** The Court STAYS the briefing schedule as to La Plata County Defendants' Motion to Dismiss [54] and La Plata County Defendants' Motion to Dismiss

[56] as well as Defendant Aber's Answer to **thirty days after a ruling on the Motion for Appointment of Interim Class Counsel.**

Hearing concluded.
**Court in recess:    2:23 p.m.**
Total time in court:    00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.