IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANE PAIGE HIEHLE, in her individual capacity and behalf of all others similarly situated; et al.

    Plaintiff(s)

v.

EDWARD ABER, in his individual capacities as Jail Commander of the La Plata County Jail; et al.

    Defendant(s).

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the Plaintiffs, C.B.; R.C.; J.E.; S.H.; A.H.; A.H.; M.J.; J.L.; M.N.; E.P.;S.R.; M.S.; A.S.; N.T.; K.T.; R.W.; I.W.; and J.W, in this case.
.

    DATED at Denver, Colorado this 14th day of November 2025.

    *s/ Siddhartha Rathod*
    Siddhartha Rathod
    RATHOD | MOHAMEDBHAI LLC
    2701 Lawrence Street, Suite 100
    Denver, CO 80205
    (303) 578-4400
    sr@rmlawyers.com