# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-KAS
    Consolidated with:
    25-cv-02763-GPG-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO;**
**LA PLATA COUNTY SHERIFF'S OFFICE;**
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

Defendants.

---

**DECLARATION OF M. AUSTIN MEHR IN SUPPORT OF HIEHLE PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

---

    Pursuant to 28 U.S.C. § 1746, I, M. Austin Mehr, submit this Declaration in support of the Hiehle Plaintiffs' motion to appoint Mehr Fairbanks Trial Lawyers, PLLC, Mehr Jolly, PLLC, and Kosloski Law, PLLC, as interim class counsel.

    1.    I am an attorney licensed to practice in the Commonwealth of Kentucky. I have been licensed to practice in Kentucky continuously since 1983. I have appeared as counsel for the Plaintiffs in the above-captioned matter.

2. I am a partner with the law firm Mehr Fairbanks Trial Lawyers, PLLC, located in Lexington, Kentucky. Throughout my career, my practice has focused on civil litigation involving a wide variety of torts, including insurance litigation, federal ERISA litigation, personal injury, products liability, and civil rights cases, as well as other complex litigation in both state and federal courts.

3. My firm regularly practices in both state and federal courts. I become admitted to practice in the Eastern and Western Districts of Kentucky in 1984 and 1988, respectively. My partner, Phil Fairbanks, has been admitted to those same courts since 2007. We are both admitted to practice in the District of Colorado. Our firm has been involved in cases in state or federal courts in California, Utah, Nebraska, Texas, Alabama, Kentucky, Ohio, Tennessee, Pennsylvania, West Virginia, New Jersey, North Carolina, South Carolina, and Colorado. We have practiced a civil rights case in Colorado state court.

4. In 1990, I started a solo practice emphasizing representing plaintiffs in tort actions. I incorporated my practice in 1996 as the law firm of Austin Mehr Law Offices, P.S.C. and slowly began to hire associates, who later became partners. The firm has also operated under the names Mehr, Fairbanks & Peterson Trial Lawyers and Mehr Fairbanks Trial Lawyers. The firm ("Mehr Fairbanks") currently consists of me, and three other partners, all of whom started their private practice out of law school with this firm. Phil Fairbanks joined in 2007, Bartley Hagerman joined in 2012, and Elizabeth Thornsbury joined in 2014.

5. Neither I, nor my partners, has ever been suspended or sanctioned by any bar association or Court.

6. As it relates to class action litigation, my firm has filed dozens of putative class actions, including cases filed in state or federal courts in Alabama, Kentucky, Mississippi,

2

Nebraska, North Carolina, Ohio, South Carolina, and Tennessee. These cases have mostly involved claims by consumers and policyholders against insurance companies.

7. Since 2002, my firm has been appointed and acted as class counsel in nine certified class actions. We also have one petition for appointment as class counsel currently pending in another case. These cases include: *Celinda Lawson v. American Bankers Life Assurance Co.*, 02-CI-00077, Jessamine County Circuit Court; *Susan Hicks, et al. v. State Farm Fire and Casualty Co.*, case no. 14-cv-00053-HRW, U.S. District Court, Eastern District of Kentucky; *Jones v. AAA*, 15-CI-00956, Jefferson County Circuit Court; *Annie Arnold v. State Farm Fire and Casualty Company*, 2:17-cv-00148-TFM-C, U.S. District Court, Southern District of Alabama.; *Ryan Schulte v. Liberty Insurance Corporation*, 3:19-cv-00026, U.S. District Court, Southern District of Ohio; *Martin Holmes, et al. v. LM Insurance Corporation*, 3:19-cv-00466, U.S. District Court, Middle District of Tennessee; *Republic Roofing & Restoration, LLC and Annie Chandler v. National Security Fire & Casualty Company*, 2:19-cv-02518-SHM-cgc, U.S. District Court, Western District of Tennessee.; *Helping Hands Home Improvement, LLC v. Selective Insurance Company of South Carolina, et al.*, 3:20-cv-00092, U.S. District Court, Middle District of Tennessee; *Norma Hawker v. Pekin Insurance Company*, 21-cv-002169, In the Court of Common Pleas, Franklin County, Ohio; *Robert Nixon, et al. v. Elevance Health, Inc.*, et al., 3:19-cv-00076-GFVT-EBA, U.S. District Court, Eastern District of Kentucky (motion for appointment pending).

8. In addition to class actions, Mehr Fairbanks has engaged in litigation practice for the last thirty (30) years involving multiple torts, products liability, insurance bad faith and fraud, civil rights litigation, and personal injury claims.

9. Our firm has regularly represented Plaintiffs in complex tort litigation involving multiple clients in non-class litigation.

10. One example of the firm's work in other complex litigation is *Estate of Lahoma Salyer Bramble v. Greenwich Ins. Co.*, case no. 07-CI-00006, Magoffin County, Kentucky, Circuit Court. This is a long-running case (over 15 years) involving a combination of mineral rights law and insurance law. The case involved multiple appeals to the Kentucky Court of Appeals and Supreme Court and a jury trial. Mehr Fairbanks successfully won the jury trial on behalf of 52 plaintiffs in the amount of $15.1 million. As part of the resolution of the case, Mehr Fairbanks developed and implemented a settlement payment process to ensure payments were processed to over 200 individuals who had been involved in the case. This process involved obtaining approximately 74 affidavits of descent and other estate documents from individuals in multiple states.

11. Another example of the firm's work in other complex litigation involves the representation of two plaintiffs in the DePuy Pinnacle multi-district litigation, Case Nos. 3:22-cv-00075, Eastern District of Kentucky, and 5:23-cv-00058 BJB-HBB, Western District of Kentucky. These cases were combined with others in the Northern District of Texas for pretrial multi-district litigation. Once our cases were remanded for trial, I led a group of lawyers to consolidate and depose a critical engineer expert witness for trial purposes over several days. This expert was utilized by many of the remaining lawyers, and the deposition direct I took of the expert was agreed to be used for all their cases to avoid duplication.

12. The lawyers at our firm regularly work cooperatively and collaboratively with other attorneys in co-counsel capacities.

13. I estimate our firm has handled over fifty (50) jury trials involving tort actions. Attorneys from Mehr Fairbanks have secured the largest verdicts on record in multiple counties in Kentucky (at the time of verdict).

4

14. Our firm has handled dozens of appeals to the Sixth Circuit Court of Appeals, the Kentucky Court of Appeals, and the Kentucky Supreme Court, as well as cases in the Nebraska Supreme Court, South Carolina Supreme Court, and Ohio Court of Appeals.

15. As it relates to this case, our firm has conducted significant work to include review of the Complaint for filing, litigation activities, coordination of work among our team of lawyers for the plaintiffs, and have begun to consult with experts in the relevant disciplines, including jail policy and procedure, IT data retrieval, and mental health counselling.

16. Our firm is often called upon to present continuing legal education to other attorneys. My speaking engagements include: Northern Kentucky Bar Association, Zooming Thru Continuing Education, Guest Speaker (July 17, 2020); Perry County Bar Association Guest Speaker (March 4, 2020); Kentucky Law Update, Lexington, Kentucky (December 6, 2019); Kentucky Law Update, Ashland, Kentucky (November 22, 2019); Kentucky Law Update, London, Kentucky (November 1, 2019); Kentucky Law Update, Louisville, Kentucky (October 18, 2019); Kentucky Law Update, Paducah, Kentucky (October 3, 2019); Kentucky Law Update, Bowling Green, Kentucky (September 27, 2019); Kentucky Law Update, Covington, Kentucky (September 13, 2019); Kentucky Law Update, Owensboro, Kentucky (August 30, 2019); Laurel County Bar Association, Guest Speaker (August 15, 2019); National Business Institute, Advanced Insurance Bad Faith Speaker, Louisville, Kentucky (May 23, 2019); National Business Institute, Advanced Insurance Bad Faith Speaker, Lexington, Kentucky (May 21, 2019); McCracken County Bar Association, Guest Speaker (May 20, 2019); Daviess County Bar Association, Guest Speaker (April 18, 2019); Perry County Bar Association, Guest Speaker (April 17, 2019); Jessamine County Bar Association, Guest Speaker (March 12, 2019); University of Kentucky Trial Advocacy Board Awards Banquet (April 16, 2013); Bad Faith Seminar in South Dakota (April 14-15, 2013);

5

2012 Bad Faith Lectures to Bar Associations in Bell County, Boyd County, Laurel County, and Jefferson County (2012); ERISA Long Term Disability Claims: Administrative Appeals through Litigation, Kentucky Justice Association (June 2008); Insurance Issues in Consumer Law, University of Kentucky CLE (September 2004); National Business Institute (February 2003); State Farm v. Campbell, "It's not as bad as it sounds" (June 2003); Punitive damages after State Farm v. Campbell (October 2003); Punitive damages after State Farm v. Campbell (December 2003); Punitive damages after State Farm v. Campbell, KATA New Orleans seminar (2003); Insurance Bad Faith Claims in Kentucky , Lorman Education Services (January 2002); Evidence of Other Bad Acts To Support Punitive Damages After BMW v. Gore. How To Handle The Cries Of "Prejudice" Before The Trial And The Cries Of "Unsupported By The Evidence" After The Verdict, Kentucky Academy of Trial Attorneys (June 2002); Proving Damages, Fayette County CLE , Lexington, Kentucky, (June 2002); Bad Faith Law – Avoiding the Pitfalls and Preparing for Litigation, Louisville Bar Association (May 2001); Chaired KATA's Professional Negligence seminar (June 5, 1998); Tips on the Trial of Bad Faith Cases, ATLA annual convention, Washington, DC (July 1998); Chaired Insurance Law/Bad Faith Seminar (June 13, 1997); Patient Abuse in Psychiatric Hospitals, ATLA's Litigation at Sunrise (July 21, 1997); Chaired Insurance Law Dinner Meeting and Seminar (August 9, 1996); Chaired Personal Injury Seminar (July 1995); Litigating the Legal Malpractice Case, Fayette County Bar Association (December 1993).

17. Attorneys from our firm also regularly volunteer their time with pro bono legal services to benefit the local community. Phil Fairbanks and I regularly volunteer at the Fayette County Legal Help Center, Access to Justice. I am a volunteer board member of the Kentucky Access to Justice (a non-profit overseen by the Kentucky Supreme Court) and was a board member of the Fayette County Bar Association Foundation, a nonprofit that manages and donates money

6

to various community legal nonprofit organizations to help people in the central Kentucky community. I am on the Board of the Carnegie Learning Center, a Lexington-based non-profit that helps people, primarily children, to read and write.

18. Our firm regularly advances significant out-of-pocket expenses in complex cases, and I believe our firm has the financial stability to advance any necessary costs in this case. In several cases, we have advanced substantial expenses, sometimes exceeding $100,000, without the need for any outside litigation funding.

19. For these reasons, I consider my firm to be well-versed in these areas of the law and fully capable to represent the interests of the proposed class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ *M. Austin Mehr*
M. Austin Mehr
amehr@austinmehr.com
201 West Short Street, Ste. 800
Lexington, KY 40507

November 25, 2025

7