# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS
   Consolidated with:
   25-cv-02763-GPG-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO;**
**LA PLATA COUNTY SHERIFF'S OFFICE;**
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

Defendants.
.

### DECLARATION OF JASON KOSLOSKI
### IN SUPPORT OF HIEHLE PLAINTIFFS' MOTION FOR
### APPOINTMENT OF INTERIM CLASS COUNSEL

Pursuant to 28 U.S.C. § 1746, I, Jason Kosloski, submit this Declaration in support of the

Hiehle Plaintiffs' motion to appoint Mehr Fairbanks Trial Lawyers, PLLC, Mehr Jolly, PLLC, and

Kosloski Law, PLLC, as interim class counsel.

1.     I am an attorney licensed to practice in the state of Colorado. I have been continuously licensed to practice in Colorado since 2016. I am one of the counsel of record for the plaintiffs in this case.

2.     I am the founder of Kosloski Law, PLLC, located in Denver. My practice focuses on criminal defense and civil litigation involving claims for violations of constitutional rights.

3.     Before starting Kosloski Law, I spent over eight years with the Colorado State Public Defender's office. I worked in multiple regional offices and left the Colorado State Public Defender in August of 2024 as a Lead Deputy Public Defender.

4.     During that time, I represented hundreds of clients across the state. I estimate I tried approximately 40 jury trials to verdict, in cases ranging from misdemeanors to first-degree murder. I was regularly assigned to some of the most complex criminal cases in the jurisdictions where I practiced and have substantial experience with complex factual investigations (including digital and physical forensic evidence) as well as complex legal issues such as insanity and expert witness litigation. As relevant to this case, I have tried multiple cases involving digital forensics and am familiar with the methods and techniques used in this field.

5.     As it relates to this case, I spent substantial time investigating the merits of the claims and preparing and filing the Complaint in conjunction with my co-counsel.

6.     This work included a) investigating and researching potential legal claims arising from the Defendants' misconduct; b) interviewing potential class members and witnesses; c) making targeted open records requests to seek relevant documents; d) analyzing and reviewing hundreds of pages of records in response to such requests; e) obtaining and reviewing pertinent pleadings and documents from the criminal case against Defendant Aber; f) investigating and

2

analyzing the adequacy of the named plaintiffs to represent the putative class; and g) developing a proposed class definition.

7. In addition to the three named Plaintiffs in this case, the team of Hiehle Attorneys (Mehr Fairbanks, Mehr Jolly, and Kosloski) represents another nine potential victims, bringing the total number of clients to twelve.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ *Jason Kosloski*_____
Jason Kosloski
jkosloski@koskoskilaw.com
1401 Lawrence Street, Suite 1600
Denver, CO 80202

Dated:
November 25, 2025