# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
    Consolidated with:
    25-cv-02763-GPG-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and behalf of all others similarly situated;
**KATRINA LILE,** in her individual capacity and behalf of all others similarly situated;
**KIMBERLI LASHAWAY,** in her individual capacity and behalf of all others similarly situated;

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO;**
**LA PLATA COUNTY SHERIFF'S OFFICE;**
**SEAN SMITH**, in his individual and official capacities as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity;
**JOHN/JANE DOES #1-#10**, in their individual capacities;

Defendants.

---

### DECLARATION OF KEVIN MEHR
### IN SUPPORT OF HIEHLE PLAINTIFFS' MOTION FOR
### APPOINTMENT OF INTERIM CLASS COUNSEL

---

      Pursuant to 28 U.S.C. § 1746, I, Kevin Mehr, submit this Declaration in support of the Hiehle Plaintiffs' motion to appoint Mehr Fairbanks Trial Lawyers, PLLC, Mehr Jolly, PLLC, and Kosloski Law, PLLC, as interim class counsel.

      1.    I am an attorney licensed to practice in the State of Colorado.  I have been licensed to practice in Colorado continuously since 2015. I have appeared as counsel for the Plaintiffs in

the above-captioned matter. I have never been sanctioned or disciplined by any court or bar association.

2. My partner, Tyler Jolly, and I started Mehr Jolly, PLLC in May 2025, and are both founding partners in the firm. Currently, we have a case load of approximately 30 civil rights cases in multiple jurisdictions from Florida to Colorado.

3. In October 2015, I began working for the Colorado State Public Defender's Office. I defended over 3,000 criminal cases and was involved in hundreds of testimonial hearings. During my time as a public defender, I handled twenty-four (24) jury trials ranging from misdemeanors to first degree murder. My partner Tyler Jolly also began his career at Colorado State Public Defender's Office, and I estimate that between the two of us, we have tried approximately sixty (60) jury trials.

4. After leaving my position at the Colorado State Public Defender's Office, I formed my own firm in January 2021. My firm focused primarily on civil rights litigation and handled approximately forty (40) civil rights cases. I was successful with recent appeals in the Colorado Court of Appeals, Case Nos. 24-CA-1482 and 24-CA-1483, that were an issue of first impression on Colorado Civil Rights law, C.R.S. § 13-21-131.

5. Mehr Jolly focuses its practice on civil rights claims and Colorado constitutional claims on behalf of plaintiffs.

6. As it relates to this case, Mehr Jolly performed substantial work in investigating and identifying the claims at issue in this. We have worked with our co-counsel on pre-litigation and litigation work, including the following: a) investigating and researching potential legal claims arising from the Defendants' misconduct; b) interviewing potential class members and witnesses; c) making targeted open records requests to seek relevant documents; d) analyzing and reviewing

hundreds of pages of records in response to such requests; e) obtaining and reviewing pertinent pleadings and documents from the criminal case against Defendant Aber; f) investigating and analyzing the adequacy of the named plaintiffs to represent the putative class; and g) developing a proposed class definition.

      7.     For these reasons, I consider our firm to be well-versed in these areas of the law and fully capable to represent the interests of the proposed class.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/ *Kevin Mehr*
Kevin Mehr
kevin.mehr@mehrlawcolorado.com
3107 W. Colorado Ave., #184
Colorado Springs, CO 80904

November 25, 2025

3