

September 17, 2025

Re:     Rathod Mohamedbhai, LLC

To Whom it May Concern,

I had the privilege of working closely with the law firm of Rathod Mohamedbhai during 2023 and 2024 on digital forensic matters involving sexual assault victims in large scale class action litigation. Throughout these matters, Rathod Mohamedbhai consistently demonstrated not only the specialized knowledge to understand the complex technical details of forensic evidence, but also the utmost sensitivity and diligence required to safeguard this highly confidential and sensitive material. The firm has proven itself adept at complying with Protective Orders and other strict protocols governing the handling of protected data.

In prior engagements, Rathod Mohamedbhai and I collaborated extensively with District Attorney's Offices and law enforcement agencies during post criminal proceedings to forensically acquire, preserve and analyze digital evidence. We have collectively handled, acquired and analyzed over 275 evidence items, including but not limited to various computers, cell phones, CDs, DVDs and mass storage devices such as hard drives and thumb drives. By applying strategic forensic methodologies, we successfully uncovered the identities of additional victims who had not previously been identified by law enforcement — findings that materially advanced the matters at issue in the class action litigation and protected the rights of class members. Their attorneys displayed vigorous advocacy in investigating complex forensic evidence involving matters of sexual abuse. Additionally, throughout my work with Rathod Mohamedbhai, I observed that their attorneys consistently worked with victims of sexual assault in a trauma-informed, compassionate, and empowering manner.

Rathod Mohamedbhai also brings the extensive resources and infrastructure necessary to support these types of class action matters effectively. The firm has engaged in my services on cases requiring significant forensic investment, with invoices totaling several hundred thousand dollars. In every instance, Rathod Mohamedbhai has promptly and reliably remitted payment, underscoring their financial stability and their commitment to ensuring their work is conducted to the highest professional standard.

It is my professional opinion that Rathod Mohamedbhai possesses both the expertise and the resources to responsibly and effectively support the complex forensic aspects of matters before this Court. Please do not hesitate to contact me should you require any additional information.

Respectfully,

Sara Petty | Director, Digital Forensics
**Iron Oak Discovery**
m: 520.981.1340 | e. SPetty@IronOakDiscovery.com