## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.

**C.B.**;
**R.C.**;
**J.E.**;
**S.H.**;
**A.H.**;
**A.H.**;
**M.J.**;
**J.L.**;
**M.N.**;
**E.P.**;
**S.R.**;
**M.S.**;
**A.S.**;
**N.T.**;
**K.T.**;
**R.W.**;
**I.W.**; and
**J.W.**

Plaintiffs, individually and on behalf of all others similarly situated,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA**;
**JACOB HARRIS**, in his individual capacity;
**MICHAEL SLADE**, in his individual capacity; and
**SEAN SMITH**, in his official capacity as Sheriff of La Plata County;

Defendants.

_____

### OMNIBUS DECLARATION OF ROCKY MOUNTAIN VICTIM LAW CENTER
_____

1. My name is Emily Tofte Nestaval. I am the Executive Director of the Rocky

Mountain Victim Law Center (RMvlc), a Colorado non-profit organization.

2. I write this Declaration in support of the Motion to Appoint RATHOD | MOHAMEDBHAI LLC and JOHN BAXTER ATTORNEY AT LAW as Interim Class Counsel, filed by Plaintiffs C.B., R.C., J.E., S.H., A.H., A.H., M.J. J.L., M.N., E.P., S.R., M.S., A.S., N.T., K.T., R.W., I.W., and J.W.

3. I make these statements based on my personal knowledge, education, and experience, in my role at RMvlc.

4. RMvlc is a non-profit law firm that has provided free legal services to victims of crime across Colorado for more than 15 years. RMvlc' mission is to elevate victims' voices, champion victims' rights, and transform the systems impacting them.

5. RMvlc provides legal services and representation related to victims' rights under the Colorado Victim Rights Act (VRA), as well as legal services and representation to assist with some civil and Title IX victimization-related legal needs.

6. RMvlc provides Trauma-Informed legal services to ensure the holistic legal needs of crime victims are addressed in a competent and ethical manner that accounts for the impact of trauma and actively resists re-traumatization.

7. In addition to providing direct legal services, RMvlc provides training and technical assistance to other service providers and professionals on a variety of victim-related legal issues, including Trauma-Informed Legal Services.

8. In August 2025, I was contacted by Qusair Mohamedbhai regarding sexual misconduct that pervaded the La Plata County Jail. Mr. Mohamedbhai told me that he was representing a number of survivors who endured sexual assault and mistreatment at the hands of La Plata County officials, and he wanted to ensure all survivors—whether they were his clients

or otherwise—had access to trauma-informed advocacy throughout the legal process.

9. A team from RMvlc and Mr. Mohamedbhai's law firm (Rathod | Mohamedbhai LLC or "RM") met and collaborated on ways that RMVLC could provide the survivors with trauma-informed advocacy and provide their attorneys with training on trauma-informed representation.

10. Rathod | Mohamedbhai LLC has agreed to compensate RMvlc for its work in this case, ensuring RM's clients benefitted from trauma informed representation throughout the duration of RM's representation of them.

11. In my professional opinion, RM's decision to preemptively reach out to RMvlc to ensure their representation is trauma informed evidences RM's commitment to trauma informed care. RMvlc has also previously collaborated with RM on legal matters, and has found them to have a strong commitment to providing trauma-informed services to their clients.

12. It is imperative that lawyers provide trauma informed services to their clients, particularly when their legal issues are tied to their victimization. Research shows such practices improve recovery from traumatic events, and increase engagement with the legal system.

13. Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the statements in the foregoing are true and correct.

Respectfully submitted this 19 day of November, 2025.

*Emily Nestaval*
Executive Director
Rocky Mountain Victim Law Center
Emily@rmvictimlaw.org
(303) 295-2001

3