**From:** Sean Murray SMurray@lpcgov.org
**Subject:** RE: 25M532 Aber
**Date:** August 18, 2025 at 9:22 AM
**To:** John Baxter baxterlaw@gmail.com
**Cc:** Vance Davis VDavis@lpcgov.org, Carol Little CLittle@lpcgov.org, Sheryl Rogers rogers@lpcattorney.org, Trimble Chris chris@trimblelawdurango.com

Hey John:

We'll get on requesting the POs get listed by the Court as protected.

Thanks for the suggestion.

---

**From:** John Baxter <baxterlaw@gmail.com>
**Sent:** Monday, August 18, 2025 9:14 AM
**To:** Sean Murray <SMurray@lpcgov.org>
**Cc:** Vance Davis <VDavis@lpcgov.org>; Carol Little <CLittle@lpcgov.org>; Sheryl Rogers <rogers@lpcattorney.org>; Trimble Chris <chris@trimblelawdurango.com>
**Subject:** 25M532 Aber

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sean,

Please consider requesting that the court maintain the victims' anonymity as much as possible. Understanding that we have far less anonymity in Durango than on the front range, it seems especially relevant in our community. Many of the court filings are protected and sealed documents. However, the protection orders are all currently public and open for anyone to download. Some victims even had the charges that they were jailed on and exploited, dismissed and sealed for their protection. Publicizing the victims as being arrested and jailed and exploited can cause victims damages.

We currently represent some of the victims, including, but not limited to:



We request that all correspondence with our clients go through us.

Thank you.

*John Baxter*
970.903.9578
baxterlaw@gmail.com
1099 Main Ave., Ste. 500
Durango, CO 81301
www.baxterlawdurango.com

SUBJECT TO ATTORNEY-CLIENT PRIVILEGE

Confidentiality Notice:  This electronic transmission, and any documents, files or previous electronic messages attached may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, or distribution or use of any of the information contained in or attached to this transmission is prohibited.  If you received this transmission in error, or without express permission from John Baxter, immediately notify the sender by telephone 970-903-9578 and return email and dispose of the original transmission and its attachments without reading or saving in any manner.  Thank you.