IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02763-GPG-KAS

C.B., et al.;

Plaintiffs,

v.

EDWARD ABER, et al.;

Defendants.

_____

Civil Action No. 25-cv-2531-GPG-KAS


TERRIANNE PAIGE HIEHLE, et al.;

Plaintiffs,

v.

EDWARD ABER, et al.;

Defendants.
_____

**JOINT NOTICE WAIVING RIGHT TO RESPOND OR REPLY TO MOTIONS FOR APPOINTMENT AS INTERIM CLASS COUNSEL**
_____

All parties, (1) Plaintiffs C.B.; R.C.; J.E.; S.H.; A.H.; A.H.; M.J.; J.L.; M.N.; E.P.; S.R.; M.S.; A.S.; N.T.; K.T.; R.W.; I.W.; and J.W (C.B. Plaintiffs) through their undersigned counsel; (2) Plaintiffs Terrianne Paige Hiehle, Katrina Lile, and Kimberli Lashaway (Hiehle Plaintiffs) through their undersigned counsel; (3) Defendants La Plata County, La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris (County

Defendants) through their undersigned counsel; and (4) Defendant Edward Aber, *pro se*, file this Joint Notice Waiving Right to Respond or Reply to Motions for Appointment as Interim Class Counsel ("Joint Notice").

The Hiehle and C.B. Plaintiffs filed competing Motions for Appointment as Interim Class Counsel. [Dkt. 69, 70]. The Court's briefing schedule permits the Parties to file responses and replies to those Motions. [Dkt. 59]. But the Parties have conferred and agreed to waive their right to file such responses or replies. The Parties respectfully submit that those Motions are now ripe.

Respectfully submitted this 4th day of December 2025.

*/s/ Neil S. Sandhu*
Felipe Bohnet-Gomez
Matthew Cron
Iris Halpern
Qusair Mohamedbhai
Siddhartha Rathod
Omeed M. Azmoudeh
Virginia Hill Butler
Neil Singh Sandhu
Katie Wiese Valiant
Aria Vaughn
Crist Whitney
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100
Denver, Colorado 80238
(303) 578-4400
fbg@rmlawyers.com
mc@rmlawyers.com
ih@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
kw@rmlawyers.com
av@rmlawyers.com
cw@rmlawyers.com

John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Counsel for C.B. Plaintiffs*

*/s/ Phil Fairbanks*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731

Email: amehr@austinmehr.com
KEVIN MEHR
TYLER JOLLY
Mehr Jolly, PLLC
3107 W. Colorado Ave., #184
Colorado Springs, CO 80904
JASON KOSLOSKI
Kosloski Law, PLLC
1401 Lawrence Street, Ste. 1600
Denver, CO 80202

*Counsel for Hiehle Plaintiffs*


*/s/ David J. Goldfarb*
BERG HILL GREENLEAF RUSCITTI LLP
David J. Goldfarb
Christopher G. Seldin
Abbey Derechin
1712 Pearl Street
Boulder, CO 80302
Phone: (303) 402-1600
Fax: (303) 402-1601
Email: djg@bhgrlaw.com
chris.seldin@bhgrlaw.com
abbey.derechin@bhgrlaw.com

*Counsel for County Defendants*


*/s/ Edward Aber*
Edward Aber
*Pro se*

1