**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
 *Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

**TERRIANNE PAIGE HIEHLE**, in her individual capacity and on behalf of all others similarly situated;
**KATRINA LILE**, in her individual capacity and on behalf of all others similarly situated; and
**KIMBERLI LASHAWAY**, in her individual capacity and on behalf of all others similarly situated,

>    Plaintiffs,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual capacity and official capacity as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity; and
**JOHN/JANE DOES #1-10**, in their individual capacities,

>    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

William T. O'Connell, III of Thompson, Coe, Cousins & Irons, LLP, hereby enters his appearance on behalf of Defendant Edward Aber, in the above-referenced matter and certifies he is an attorney in good standing of the bar of this court.

Dated this 21st day of January 2026.

            **THOMPSON, COE, COUSINS & IRONS, LLP**

            *S/ William T. O'Connell, III*
            William T. O'Connell, III
            1700 Broadway, Suite 900
            Denver, CO 80290
            Telephone (303) 830-1212
            Email: woconnell@thompsoncoe.com

            **ATTORNEYS FOR DEFENDANT**
            **EDWARD ABER**

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 21st day of January, 2026, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

            *s/ Barbara McCall*
            Barbara McCall, Legal Assistant

            *[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*