**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

**TERRIANNE PAIGE HIEHLE**, in her individual capacity and on behalf of all others similarly situated;
**KATRINA LILE**, in her individual capacity and on behalf of all others similarly situated; and
**KIMBERLI LASHAWAY**, in her individual capacity and on behalf of all others similarly situated,

   Plaintiffs,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual capacity and official capacity as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity; and
**JOHN/JANE DOES #1-10**, in their individual capacities,

   Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Christy Redmond of Thompson, Coe, Cousins & Irons, LLP, hereby enters her appearance on behalf of Defendant Edward Aber, in the above-referenced matter and certifies she is an attorney in good standing of the bar of this court.

Dated this 21st day of January 2026.

          **THOMPSON, COE, COUSINS & IRONS, LLP**

          *S/ Christy Redmond*
          Christy Redmond
          1700 Broadway, Suite 900
          Denver, CO 80290
          Telephone (303) 830-1212
          Email: credmond@thompsoncoe.com

          **ATTORNEYS FOR DEFENDANT**
          **EDWARD ABER**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2026, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

          *s/ Barbara McCall*
          Barbara McCall, Legal Assistant

          *[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*