IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and on behalf of all others similarly situated; et al.

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail; et al.

Defendants.

---

**UNOPPOSED MOTION TO EXTEND TIME FOR
PLAINTIFFS HIEHLE, LILE, AND LASHAWAY TO
RESPOND TO MOTION TO DISMISS**

---

Come the Plaintiffs, Terrianne Paige Hiehle, Katrina Lile, and Kimberli Lashaway ("Hiehle Plaintiffs"), through the undersigned counsel, and move the Court for an extension of time to respond to the motion to dismiss (ECF No. 54) filed by Defendants La Plata County, La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris ("County Defendants").[1] The current deadline to respond to the motion to dismiss is February 20, 2026. The Hiehle Plaintiffs request that the Court extend their time to respond to the motion so that the Hiehle Plaintiffs' briefing schedule aligns with the briefing schedule with the consolidated C.B. case for any motions to dismiss.

---

[1] Pursuant to Local Rule 7.1, Plaintiffs have conferred with counsel for all other parties, who have indicated this motion may be filed as "unopposed."

There are two motions to dismiss currently pending in this consolidated action, both filed by the County Defendants. One motion is directed to the Complaint filed by the Hiehle Plaintiffs (ECF No. 54). The other motion is directed to the Complaint filed by C.B. group of plaintiffs (ECF No. 56). Following the Court's January 21, 2026, Order appointing the attorneys from Rathod Mohamedbhai and John Baxter as interim class counsel, counsel for all the parties have met and conferred about how to procedurally move forward in the case.

Counsel for the C.B. plaintiffs has indicated they intend to amend the C.B. Complaint on or before February 20, 2026. The County Defendants have indicated they plan to file a motion to dismiss the amended C.B. complaint, which will trigger new deadlines for briefing on the motion to dismiss the amended complaint. The Hiehle Plaintiffs believe it would be most efficient for the deadline for the Hiehle Plaintiffs to respond to the motion to dismiss (ECF No. 54) filed by the County Defendants to be extended to correspond with the briefing schedule for the forthcoming motion to dismiss the amended C.B. complaint. The parties have met and conferred with respect to this motion, and all parties agree this motion is unopposed.

Wherefore, Plaintiffs Hiehle, Lile, and Lashaway respectfully request that the Court enter an Order extending their time to respond to the motion to dismiss (ECF No. 54) to align with the briefing schedule for the C.B. amended complaint. A proposed order is attached.

Respectfully submitted,

*/s/ Philip G. Fairbanks*
M. AUSTIN MEHR
PHILIP G. FAIRBANKS
BARTLEY K. HAGERMAN
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Email: pgf@austinmehr.com

KEVIN MEHR
TYLER JOLLY
Mehr Jolly, PLLC
3107 W. Colorado Ave., #184
Colorado Springs, CO 80904

JASON KOSLOSKI
Kosloski Law, PLLC
1401 Lawrence Street, Ste. 1600
Denver, CO 80202

*Attorneys for Hiehle Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses for the recipients registered to receive service in this case:

Abbey Nicole Derechin    abbey.derechin@bhgrlaw.com, izabella.ruscitti@bhgrlaw.com, jessica.vecchio@bhgrlaw.com

Aria Vaughan    av@rmlawyers.com, dn@rmlawyers.com, jb@rmlawyers.com, xkr@rmlawyers.com

Bartley K. Hagerman    bkh@austinmehr.com, assistant@austinmehr.com

Christopher Giles Seldin    chris.seldin@bhgrlaw.com, ambrey.gerlikovski@bhgrlaw.com

Christy Noelle Redmond    credmond@thompsoncoe.com, kroche@thompsoncoe.com, redmondchristy2@gmail.com

Crist Anthony Smith Whitney    cw@rmlawyers.com, dn@rmlawyers.com, hm@rmlawyers.com, xkr@rmlawyers.com

David James Goldfarb    djg@bhgrlaw.com, , cds@bhgrlaw.com

Felipe S. Bohnet-Gomez    fbg@rmlawyers.com, dn@rmlawyers.com, xkr@rmlawyers.com

Iris Halpern    ih@rmlawyers.com, dn@rmlawyers.com, xkr@rmlawyers.com

Jason Matthew Kosloski    jkosloski@kosloskilaw.com, jkosloski@recap.email

John C. Baxter    baxterlaw@gmail.com

Josh Adam Marks    jam@bhgrlaw.com, cds@bhgrlaw.com

Katie Wiese Valiant    kw@rmlawyers.com, dn@rmlawyers.com, jb@rmlawyers.com, xkr@rmlawyers.com

Kevin Austin Mehr    kevin.mehr@mehrlawcolorado.com

M. Austin Mehr    amehr@austinmehr.com

Mackenzie M. Novak    mnovak@thompsoncoe.com

Matthew J. Cron    mc@rmlawyers.com, dn@rmlawyers.com, jb@rmlawyers.com, qm@rmlawyers.com, sr@rmlawyers.com, xkr@rmlawyers.com

Neil Singh Sandhu    ns@rmlawyers.com, dn@rmlawyers.com, xkr@rmlawyers.com

Omeed M. Azmoudeh    oa@rmlawyers.com, dn@rmlawyers.com, jb@rmlawyers.com, xkr@rmlawyers.com

Philip G. Fairbanks    pgf@austinmehr.com, assistant@austinmehr.com

Qusair Mohamedbhai    qm@rmlawyers.com, dn@rmlawyers.com, hm@rmlawyers.com, sr@rmlawyers.com, xkr@rmlawyers.com

Siddhartha H. Rathod    sr@rmlawyers.com, dn@rmlawyers.com, qm@rmlawyers.com, xkr@rmlawyers.com

Tyler A. Jolly    tyler@jollylawcolorado.com

William Thomas O'Connell , III    woconnell@thompsoncoe.com, bmccall@thompsoncoe.com

*s/Philip G. Fairbanks*
PHILIP G. FAIRBANKS