**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-KAS
Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and on behalf of all others similarly situated; et al.

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail; et al.

Defendants.

---

**[PROPOSED] ORDER**

---

This matter is before the Court on an unopposed motion filed by Plaintiffs Terrianne Hiehle, Katrina Lile, and Kimberli Lashaway to extend the time for them to respond to the motion to dismiss (ECF No. 54) filed by La Plata County, La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris. The Hiehle Plaintiffs request that their deadline for responding to the motion to dismiss (ECF No. 54) be extended to align with the briefing deadlines in the consolidated C.B. case. Having considered the motion, the Court hereby ORDERS that the motion is GRANTED. The deadline for the Hiehle Plaintiffs to respond to the motion to dismiss (ECF No. 54) is extended to align with the briefing schedule in the consolidated C.B. case. The Hiehle Plaintiffs' response to the motion to dismiss shall be filed on or before the same date for any response to any motion to dismiss the amended complaint in the consolidated C.B. case.

Dated: _____