**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

**TERRIANNE PAIGE HIEHLE**, in her individual capacity and on behalf of all others similarly situated;
**KATRINA LILE**, in her individual capacity and on behalf of all others similarly situated; and
**KIMBERLI LASHAWAY**, in her individual capacity and on behalf of all others similarly situated,

    Plaintiffs,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual capacity and official capacity as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity; and
**JOHN/JANE DOES #1-10**, in their individual capacities,

    Defendants.

---

**ORDER GRANTING DEFENDANT ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINTS AND JURY DEMAND**

---

This matter comes before the Court upon Defendant Aber's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaints. The Court having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested.

IT IS THEREFORE ORDERED that the Motion is granted. Defendant Aber has up to and including March 6, 2026, in which to respond to Plaintiffs' Complaints.

DATED this \_\_\_\_ day of _____, 2026.

BY THE COURT:

_____
United States Magistrate Judge