IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02763-GPG-KAS

C.B., et al.;

Plaintiffs,

v.

EDWARD ABER, et al.;

Defendants.

_____

Civil Action No. 25-cv-2531-GPG-KAS


TERRIANNE PAIGE HIEHLE, et al.;

Plaintiffs,

v.

EDWARD ABER, et al.;

Defendants.
_____

**NOTICE OF FILING OF FIRST AMENDED COMPLAINT**
_____

Plaintiffs C.B.; R.C.; J.E.; S.H.; A.H.; A.H.; M.J.; J.L.; M.N.; E.P.; S.R.; M.S.; A.S.; N.T.; K.T.; R.W.; I.W.; and J.W (C.B. Plaintiffs) through their undersigned counsel, file this Notice of Unopposed First Amended Complaint.

1.   C.B. Plaintiffs filed this action on November 3, 2025, and were assigned the case number 25-cv-02763. [Dkt. 1, "C.B. Complaint"].

2. C.B. Plaintiffs' case was then consolidated with a previously-filed related case, *Hiehle et al. v. Aber et al.*, Case No. 25-cv-2531-GPG-KAS (D. Colo.). C.B. Plaintiffs were directed to file all future filings under the *Hiehle* case number.

3. Defendants Board of County Commissioners for the County of La Plata, Sheriff Sean Smith, Michael Slade, and Jacob Harris (Institutional Defendants) filed a Motion to Dismiss the C.B. Complaint on November 5, 2025. [Dkt. 56].

4. The Court stayed briefing on the Institutional Defendants' Motion to Dismiss pending resolution of its decision on who to appoint as interim class counsel, with the C.B. Plaintiffs' Response to that Motion due 30 days after the Court appointed interim class counsel. [Dkt. 59].

5. The Court appointed undersigned as interim class counsel on January 21, 2026, which would make C.B. Plaintiffs' Response to the Institutional Defendants' Motion to Dismiss due January 20, 2026. [Dkt. 73].

6. Counsel for all Defendants have given permission for C.B. Plaintiffs to amend the C.B. Complaint.

7. Plaintiffs now file a First Amended Complaint by consent, pursuant to Fed. R. Civ. P. 15(a)(2).

8. Attached to this Notice is a redline comparing the C.B. Complaint to the First Amended Complaint.

Respectfully submitted this 20th day of February 2026.

1

*/s/ Neil S. Sandhu*
Felipe Bohnet-Gomez
Matthew Cron
Iris Halpern
Qusair Mohamedbhai
Siddhartha Rathod
Omeed M. Azmoudeh
Virginia Hill Butler
Neil Singh Sandhu
Katie Wiese Valiant
Aria Vaughn
Crist Whitney
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100
Denver, Colorado 80238
(303) 578-4400
fbg@rmlawyers.com
mc@rmlawyers.com
ih@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
kw@rmlawyers.com
av@rmlawyers.com
cw@rmlawyers.com

John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com