UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
     Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

C.B.;
R.C.;
J.E.;
S.H.;
A.H.;
A.H.;
M.J.;
J.L.;
M.N.;
E.P.;
S.R.;
M.S.;
A.S.;
N.T.;
K.T.;
R.W.;
I.W.; and J.W.,

     Plaintiffs, individually and on behalf of all others similarly situated,

v.

EDWARD ABER, in his individual capacity and official capacity as
Jail Commander of the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County,

     Defendants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFFS' AMENDED COMPLAINT, DOC. #84**
_____

Defendants Board of County Commissioners of the County of La Plata, Jacob Harris, Michael Slade, and Sean Smith, ("La Plata County Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request a twenty-one (21) day extension of time, up to and including March 27, 2026, to answer or otherwise respond to Plaintiffs' First Amended Complaint, Doc. #84 ("Amended Complaint") as follows:[1]

1. The C.B. Plaintiffs filed their Amended Complaint on February 20, 2026, requiring the La Plata County Defendants to answer or otherwise respond by Friday, March 6, 2026.

2. The Amended Complaint adds new factual allegations in support of pre-existing claims, and adds several entirely new causes of action. Undersigned counsel requires additional time to assess how to respond in light of the various new allegations and causes of action. This is a complex multi-party case with significant stakes for all parties. It will best serve the interests of the parties and the Court to permit thoughtful and thorough analysis of the numerous claims alleged in the Amended Complaint. Moreover, D.C.Colo.LCivR 6.1(a) specifically authorizes the requested extension. Accordingly, the La Plata County Defendants request an additional twenty-one (21) days to answer or otherwise respond to Plaintiffs' Amended Complaint, up to and including March 27, 2026.

---

[1] **Certificate of Conferral:** Pursuant to D.C.Colo.LCivR 7.1A., counsel for the La Plata County Defendants have conferred with counsel for Plaintiffs, Neil Sandhu, who indicated that Plaintiffs do not oppose the relief requested herein.

3. This is the La Plata County Defendants' first request for an extension of time in which to respond to the Amended Complaint. This Unopposed Motion complies with D.C.COLO.MJ 7 and D.C.Colo.LCivR 6.1 and 7.1(a).

4. The relief requested in this Motion will not prejudice the Court or any Party, as this Motion is unopposed.

5. Pursuant to D.C.Colo.LCivR 6.1(c), a copy of this Motion has been served upon the La Plata County Defendants and counsel of record.

WHEREFORE, the La Plata County Defendants respectfully request that the Court grant this Unopposed Motion for a twenty-one (21) day extension of time, up to and including March 27, 2026, in which to file an Answer or otherwise respond.

Respectfully submitted this 2nd day of March, 2026.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Christopher G. Seldin*
Josh A. Marks
David J. Goldfarb
Christopher G. Seldin
Abbey Derechin
jam@bhgrlaw.com
djg@bhgrlaw.com
chris.seldin@bhgrlaw.com
abbey.derechin@bhgrlaw.com

*Attorneys for the La Plata County Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2026, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT, DOC. #84** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

| | |
|---|---|
| Crist Whitney | M. Austin Mehr |
| Felipe S. Bohnet-Gomez | Kevin A. Mehr |
| Iris Halpern | Bartley K. Hagerman |
| Katie W. Valiant | Phillip G. Fairbanks |
| Matthew J. Cron | Mehr Fairbanks Trial Lawyers PLLC |
| Omeed M. Azmoudeh | 201 West Short Street, Suite 800 |
| Qusair Mohamedbhai | Lexington, KY  40507 |
| Siddhartha H. Rathod | amehr@austinmehr.com |
| Virginia H. Butler | kevin.mehr@mehrlawcolorado.com |
| Neil S. Sandhu | bkh@austinmehr.com |
| Aria Vaughan | pgf@austinmehr.com |
| Rathod \| Mohamedbhai LLC | |
| 2701 Lawrence Street, Suite 100 | Jason M. Kosloski |
| Denver, CO  80205 | Kosloski Law, PLLC |
| cw@rmlawyers.com | 1401 Lawrence Street, Suite 1600 |
| fbg@rmlawyers.com | Denver, CO 80202 |
| ih@rmlawyers.com | jkosloski@kosloskilaw.com |
| kw@rmlawyers.com | |
| mc@rmlawyers.com | Tyler A. Jolly |
| oa@rmlawyers.com | Jolly Law P.L.L.C. |
| qm@rmlawyers.com | 9996 W. U.S.. Highway 50, Unit 1090 |
| sr@rmlawyers.com | Salida, CO  81201 |
| vb@rmlawyers.com | Tyler@JollyLawColorado.com |
| ns@rmlawyers.com | |
| av@rmlawyers.com | William T. O'Connell |
| | Mackenzie M. Novak |
| John C. Baxter | Christy N. Redmond |
| John C. Baxter, Attorney at Law | Thompson, Coe, Cousins & Irons, LLP |
| 1099 Main Avenue, #500 | 1700 Broadway, Suite 900 |
| Durango, CO  81301 | Denver, CO  80290 |
| baxterlaw@gmail.com | woconnell@thompsoncoe.com |
| | mnovak@thompsoncoe.com |
| | credmond@thompsoncoe.com |

*s/ Cheryl Stasiak*
Cheryl Stasiak

4922-0741-9538, v. 1