UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
       Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

C.B.;
R.C.;
J.E.;
S.H.;
A.H.;
A.H.;
M.J.;
J.L.;
M.N.;
E.P.;
S.R.;
M.S.;
A.S.;
N.T.;
K.T.;
R.W.;
I.W.; and J.W.,

       Plaintiffs, individually and on behalf of all others similarly situated,

v.

EDWARD ABER, in his individual capacity and official capacity as
Jail Commander of the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County,

       Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT, DOC. #84**
_____

This matter comes before the Court upon the La Plata County Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint, Doc. #84 (the "Motion").  The Court, having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested.

IT IS THEREFORE ORDERED that the Motion is granted.  The La Plata County Defendants shall have up through and including March 27, 2026 to respond to Plaintiffs' Amended Complaint, Doc. #84.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE