# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-KAS
Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

**TERRIANNE PAIGE HIEHLE,** in her individual capacity and on behalf of all others similarly situated; et al.

Plaintiffs,

v.

**EDWARD ABER**, In his individual and official capacities as Jail Commander of the La Plata County Jail; et al.

Defendants.

---

## [PROPOSED] ORDER

---

This matter is before the Court on a motion filed by Plaintiffs Terrianne Hiehle, Katrina Lile, and Kimberli Lashaway to stay their Complaint, pending resolution of class certification in the consolidated C.B. case. Having considered the motion, the Court hereby ORDERS that the motion is GRANTED. The claims alleged in the Hiehle Complaint, ECF No. 1, are hereby STAYED until the Court decides whether to certify a class under the C.B. Complaint, or until otherwise ordered by the Court.

Dated: _____