IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
        Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

_____

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others
similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly
situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly
situated,

        Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of
the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata
County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

        Defendants.

_____

Civil Action No. 25-cv-02763-GPG-KAS

C.B.;
R.C.;
J.E.;
S.H.;
A.H.;
A.H.;
M.J.;
J.L.;
M.N.;
E.P.;
S.R.;

M.S.;
A.S.;
N.T.;
K.T.;
R.W.;
I.W.; and
J.W., individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

EDWARD ABER, in his individual and official capacity as Jail Commander of
the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County,

      Defendants.

_____

## MOTION TO WITHDRAW AS COUNSEL FOR LA PLATA COUNTY DEFENDANTS
_____

Abbey Derechin of the law firm of Berg Hill Greenleaf Ruscitti LLP, as counsel for the Defendants Board of County Commissioners of the County of La Plata, La Plata County, Colorado; La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris (the "La Plata County Defendants"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b).  In support of this motion, counsel states as follows:

### CERTIFICATE OF CONFERRAL

This Motion for Withdrawal is exempt from the duty to confer under D.C.COLO.LCivR 7.1(b)(4).

2

1.      Certificate Pursuant to D.C.COLO.LCivR 7.1: Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required.    See D.C.COLO.LCivR 7.1(b)(4).

2.      Abbey Derechin will be leaving her employment with Berg Hill Greenleaf Ruscitti LLP effective March 20, 2026.   Therefore, good cause exists to allow Ms. Derechin to withdraw as counsel in this matter consistent with D.C.COLO.LCivR 5(b).

3.      Attorneys Josh A. Marks, David J. Goldfarb, and Christopher G. Seldin of the law firm of Berg Hill Greenleaf Ruscitti LLP will continue to represent the La Plata County Defendants in this action as counsel of record.

4.      No parties will be prejudiced by the withdrawal of undersigned counsel, and no delay will be caused by the Court's granting of the relief sought in this Motion because Attorneys Marks, Goldfarb, and Seldin will continue to represent the La Plata County Defendants in this matter.

5.      Advisement pursuant to D.C.COLO.LAttyR 5(b): The La Plata County Defendants have been provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Attorneys Marks, Goldfarb, and Seldin, who will continue to comply with this responsibility on their behalf.

6.      Wherefore, for good cause shown, Abbey Derechin respectfully requests that this Court enter an Order permitting her withdrawal as counsel of record for Defendants Board of County Commissioners of the County of La Plata, La Plata County,

3

Colorado; La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris

in this action and asks that she be removed from all mailing/service lists in this matter.

Respectfully submitted this 17th day of March, 2026.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Abbey Derechin*

_____

Josh A. Marks
David J. Goldfarb
Christopher G. Seldin
Abbey Derechin
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email: jam@bhgrlaw.com
        djg@bhgrlaw.com
        chris.seldin@bhgrlaw.com
        abbey.derechin@bhgrlaw.com

*Attorneys for the La Plata County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I electronically served the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR LA PLATA COUNTY DEFENDANTS** to the following e-mail addresses:

Crist Whitney
Felipe S. Bohnet-Gomez
Iris Halpern
Katie W. Valiant
Matthew J. Cron
Omeed M. Azmoudeh
Qusair Mohamedbhai
Siddhartha H. Rathod
Virginia H. Butler
Neil S. Sandhu
Aria Vaughan
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
cw@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com
kw@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
av@rmlawyers.com

John C. Baxter
John C. Baxter, Attorney at Law
1099 Main Avenue, #500
Durango, CO 81301
baxterlaw@gmail.com

M. Austin Mehr
Kevin A. Mehr
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
amehr@austinmehr.com
kevin.mehr@mehrlawcolorado.com
bkh@austinmehr.com
pgf@austinmehr.com

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@kosloskilaw.com

Tyler A. Jolly
Jolly Law P.L.L.C.
9996 W. U.S.. Highway 50, Unit 1090
Salida, CO 81201
Tyler@JollyLawColorado.com

William T. O'Connell
Mackenzie M. Novak
Christy N. Redmond
Thompson, Coe, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO 80290
woconnell@thompsoncoe.com
mnovak@thompsoncoe.com
credmond@thompsoncoe.com

*s/ Cheryl Stasiak*

_____

Cheryl Stasiak

5