UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
    Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

_____

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

        Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

        Defendants.


_____

Civil Action No. 25-cv-02763-GPG-KAS

C.B.;
R.C.;
J.E.;
S.H.;
A.H.;
A.H.;
M.J.;
J.L.;

M.N.;
E.P.;
S.R.;
M.S.;
A.S.;
N.T.;
K.T.;
R.W.;
I.W.; and
J.W., individually and on behalf of all others similarly situated,

     Plaintiffs,

v.

EDWARD ABER, in his individual and official capacity as Jail Commander of
the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County,

     Defendants.

_____

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
### LA PLATA COUNTY DEFENDANTS
_____

This matter comes before the Court upon the Motion to Withdraw as counsel for La Plata County Defendants (the "Motion"). The Court, having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested.

IT IS THEREFORE ORDERED that the Motion is granted. Abbey Derechin of the law firm of Berg Hill Greenleaf Ruscitti LLP is hereby withdrawn as counsel of record for Defendants Board of County Commissioners of the County of La Plata, La Plata County,

2

Colorado; La Plata County Sheriff's Office, Sean Smith, Michael Slade, and Jacob Harris (the "La Plata County Defendants"), in this action and shall be removed from all mailing/service lists in this matter.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE