## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

**TERRIANNE PAIGE HIEHLE**, in her individual capacity and on behalf of all others similarly situated;
**KATRINA LILE**, in her individual capacity and on behalf of all others similarly situated; and
**KIMBERLI LASHAWAY**, in her individual capacity and on behalf of all others similarly situated,

      Plaintiffs,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual capacity and official capacity as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity; and
**JOHN/JANE DOES #1-10**, in their individual capacities,

      Defendants.

---

## MOTION TO WITHDRAW MACKENZIE M. NOVAK AS COUNSEL FOR DEFENDANT EDWARD ABER

---

Pursuant to D.C.COLO.LAttyR 5(b), Mackenzie M. Novak of Thompson, Coe, Cousins & Irons, LLP, respectfully moves to withdraw as counsel for Defendant Edward Aber, and in support, states as follows:

1. <u>Certificate Pursuant to D.C.COLO.LCivR 7.1</u>: This Motion is exempt from the duty to confer under D.C.COLO.L.CivR 7.1(b)(4).

26287483v1
15671.002

2. Mackenzie M. Novak will be leaving her employment at, and will no longer be associated with, Thompson, Coe, Cousins & Irons, LLP, after March 20, 2026. Therefore, good cause exists to allow Ms. Novak to withdraw as counsel in this matter.

3. Defendant Edward Aber will continue to be represented by William T. O'Connell, III and Christy Zahradnik-Mitchell of Thompson, Coe, Cousins & Irons, LLP, as counsel of record. Therefore, Ms. Novak's representation is not necessary for the continued defense of this case.

4. William T. O'Connell III and Christy Zahradnik-Mitchell of Thompson, Coe, Cousins & Irons, LLP will continue to comply with all orders and time limitations established by any applicable rules on Defendant Edward Aber's behalf.

5. No parties will be prejudiced by the withdrawal of Ms. Novak, and no delay will be caused by the Court's granting of the relief sought herein.

6. This Motion is contemporaneously served on Defendant Edward Aber, who has been advised of the requested relief.

WHEREFORE, Mackenzie M. Novak respectfully requests that the Court grant this Motion and permit her to withdraw as counsel of record for Defendant Edward Aber.

Respectfully submitted this 20th day of March 2026.

**THOMPSON, COE, COUSINS & IRONS, LLP**

*S/ Mackenzie M. Novak*
Mackenzie M. Novak
1700 Broadway, Suite 900
Denver, CO 80290
Telephone (303) 830-1212

2

26287483v1
15671.002

Email: mnovak@thompsoncoe.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March  2026, a true and correct copy of the foregoing **MOTION TO WITHDRAW MACKENZIE M. NOVAK AS COUNSEL FOR DEFENDANT EDWARD ABER** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

_s/ Leslie R. Gregory_
Leslie R. Gregory, Legal Assistant

*[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*

3

26287483v1
15671.002