**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
 *Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

**TERRIANNE PAIGE HIEHLE**, in her individual capacity and on behalf of all others similarly situated;
**KATRINA LILE**, in her individual capacity and on behalf of all others similarly situated; and
**KIMBERLI LASHAWAY**, in her individual capacity and on behalf of all others similarly situated,

Plaintiffs,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual capacity and official capacity as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity; and
**JOHN/JANE DOES #1-10**, in their individual capacities,

Defendants.

_____

**ORDER GRANTING MOTION TO WITHDRAW MACKENZIE M. NOVAK AS
COUNSEL FOR DEFENDANT EDWARD ABER**
_____

This matter comes before the Court upon the Motion to Withdraw Mackenzie M. Novak as Counsel for Defendant Edward Aber (the "Motion"). The Court, having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested. IT IS THERFORE ORDERED that the Motion is granted. Mackenzie M. Novak is hereby withdrawn as counsel of record for Defendant Edward Aber in this action and shall be removed from all mailing/service lists in this matter.

BY THE COURT:

_____