IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
     Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

_____

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

     Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

     Defendants.


_____

Civil Action No. 25-cv-02763-GPG-KAS

C.B.;
R.C.;
J.E.;
S.H.;
A.H.;
A.H.;
M.J.;
J.L.;
M.N.;

E.P.;
S.R.;

M.S.;
A.S.;
N.T.;
K.T.;
R.W.;
I.W.; and
J.W., individually and on behalf of all others similarly situated,

     Plaintiffs,

v.

EDWARD ABER, in his individual and official capacity as Jail Commander of
the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County,

     Defendants.
_____

## LA PLATA DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS
_____

Defendants Board of County Commissioners of La Plata County; Sean Smith, in his official capacity as Sheriff of La Plata County; Michael Slade; and Jacob Harris (collectively, the "La Plata Defendants") respectfully submit the following unopposed Motion to Exceed Page Limits. Undersigned counsel certifies that he conferred by videoconference with counsel for Plaintiffs, Neil Sandhu and Felipe Bohnet-Gomez, on today's date, and that this Motion is unopposed.

1.    Due to the numerous claims and the numerous La Plata Defendants at issue in the First Amended Complaint (ECF #84), this Motion seeks leave to file a single

consolidated motion to dismiss on behalf of all the La Plata Defendants. In order to address the allegations against each of the separate La Plata Defendants, and the different doctrines that apply to the various claims against them, this Motion seeks leave to file a single motion no more than 40 pages in length. The Amended Complaint adds additional allegations and five new claims for relief against the La Plata Defendants, including three tort claims that require discussion of entirely new bodies of doctrine. The La Plata Defendants respectfully submit that a single consolidated brief will be more efficient for the parties and the Court than submitting a separate motion on behalf of each Defendant that complies with default page limits. The La Plata Defendants have informed Plaintiffs that they will have no objection to a corresponding length allowance for Plaintiffs' response to the motion to dismiss.

2.      This Motion complies with D.C.COLO.LCivR 7.1 and D.C.COLO.MJ V.2. The parties agree that a single consolidated brief will be most efficient; the requested relief will therefore not prejudice any party. The La Plata Defendants accordingly request that the Court grant the Motion and permit them to file a single consolidated motion to dismiss of 40 pages in length, exclusive of the caption and signature block.

Respectfully submitted this 26th day of March, 2026.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Christopher G. Seldin*
Josh A. Marks
David J. Goldfarb
Christopher G. Seldin
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email: jam@bhgrlaw.com
        djg@bhgrlaw.com
        chris.seldin@bhgrlaw.com

*Attorneys for the La Plata County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically served the foregoing **LA PLATA DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS** to the following e-mail addresses:

Crist Whitney
Felipe S. Bohnet-Gomez
Iris Halpern
Katie W. Valiant
Matthew J. Cron
Omeed M. Azmoudeh
Qusair Mohamedbhai
Siddhartha H. Rathod
Virginia H. Butler
Neil S. Sandhu
Aria Vaughan
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
cw@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com
kw@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
av@rmlawyers.com

John C. Baxter
John C. Baxter, Attorney at Law
1099 Main Avenue, #500
Durango, CO  81301
baxterlaw@gmail.com

M. Austin Mehr
Kevin A. Mehr
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers PLLC
201 West Short Street, Suite 800
Lexington, KY  40507
amehr@austinmehr.com
kevin.mehr@mehrlawcolorado.com
bkh@austinmehr.com
pgf@austinmehr.com

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@koskloskilaw.com

Tyler A. Jolly
Jolly Law P.L.L.C.
9996 W. U.S. Highway 50, Unit 1090
Salida, CO  81201
Tyler@JollyLawColorado.com

William T. O'Connell
Mackenzie M. Novak
Christy N. Redmond
Thompson, Coe, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO  80290
woconnell@thompsoncoe.com
mnovak@thompsoncoe.com
credmond@thompsoncoe.com

*s/ Jessica Vecchio*
Jessica Vecchio