## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity
and on behalf of all others similarly situated, et al.,

Plaintiffs,

v.

EDWARD ABER, in his individual and official capacities as
Jail Commander of the La Plata County Jail, et al.,

Defendants.

_____

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO THE LA PLATA DEFENDANTS' MOTION TO DISMISS

Plaintiffs, by and through Interim Class Counsel RATHOD ⏐ MOHAMEDBHAI LLC and JOHN BAXTER ATTORNEY AT LAW, respectfully ask the Court to grant them a 21-day extension to respond to the La Plata Defendants' Motion to Dismiss.  [Dkt. 101].

### BACKGROUND

1.      Plaintiffs filed their First Amended Complaint in this case on February 20, 2026. [Dkt. 44].

2.      On March 02, 2026, the La Plata Defendants sought, and Plaintiffs did not oppose, a 21-day extension of time to respond to the First Amended Complaint. [Dkt. 85].

3.      On March 2, 2026, the Court granted the La Plata Defendants that extension. [Dkt. 87].

1

4.      Counsel for Plaintiffs and the La Plata Defendants conferred on March 26, 2026. In that conferral, the La Plata Defendants announced their intention to file a Motion to Dismiss the First Amended Complaint by March 27, 2026.

5.      Counsel for Plaintiffs flagged for counsel for the La Plata Defendants that at least three of the attorneys on this case would be preparing for trial in the coming weeks, so they would likely be requesting an corresponding extension to respond to that Motion to Dismiss.

6.      On March 27, 2026, the La Plata Defendants filed their Motion to Dismiss. [Dkt. 101].

7.      Neil S. Sandhu, Siddhartha Rathod, Matthew Cron, and one other attorney from RATHOD | MOHAMEDBHAI are scheduled for a two-week jury trial in the U.S. District Court for the District of Colorado between April 13 and April 24 of 2026. *See Taylor v. Denver Health, et al.*, Case No. 1:23-cv-02355-CNC-KAS (D. Colo.). While those attorneys prepare for trial, their colleagues on this case are tasked with attending to their other shared cases in addition to their normal workload.

8.      As the La Plata Defendants pointed out in their own Motion for Extension, "This is a complex multi-party case with significant stakes for all parties. It will best serve the interests of the parties and the Court to permit thoughtful and thorough analysis of the numerous claims alleged in the Amended Complaint. Moreover, D.C.Colo.LCivR 6.1(a) specifically authorizes the requested extension." [Dkt. 85, p. 2].

9.      In order to ensure the La Plata Defendant's Motion to Dismiss receives the proper attention and care it deserves, Plaintiffs move for a 21-day extension to respond to the La Plata Defendants' Motion to Dismiss.

2

10.    This is Plaintiffs' first request for an extension of time in which to respond to the

La Plata Defendants' Motion to Dismiss. This Unopposed Motion complies with D.C.COLO.MJ

V.7 and D.C.Colo.L.CivR 6.1 and 7.1(a).

WHEREFORE, Plaintiffs respectfully request that the Court grant this Unopposed Motion for a

21-day extension of time, up to and including May 8, 2026.

Respectfully submitted this 7th day of April, 2026.

*s/ Neil S. Sandhu*
Virginia Hill Butler
Katie Wiese Valiant
Siddhartha Rathod
Qusair Mohamedbhai
Felipe Bohnet-Gomez
Omeed M. Azmoudeh
Neil Sandhu
kw@rmlawyers.com
sr@rmlawyers.com
qm@rmlawyers.com
fbg@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100
John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Interim Class Counsel*

3