## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

     Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

     Defendants.

---

## DEFENDANT EDWARD ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO STAY PROCEEDINGS

---

Defendant Edward Aber, by and through his counsel, William T. O'Connell, III and Christy Zahradnik-Mitchell, of Thompson, Coe, Cousins & Irons, LLP, hereby submits this Unopposed Motion for Extension of Time to File his Reply to Plaintiffs' Response to Motion to Stay Proceedings [Doc. No. 100].

### Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1(a)

Undersigned counsel conferred with counsel for Plaintiffs regarding the relief requested in this Motion. This Motion is unopposed.

### Motion

1.     Defendant Edward Aber filed a Motion to Stay Proceedings on March 6, 2026 [Doc. No. 89].

2.     Plaintiffs filed their Response to the Motion to Stay on March 27, 2026 [Doc. No. 100].

3.     Mr. Aber's Reply to Plaintiffs' Response is currently due April 10, 2026.

4.     Mr. Aber's counsel have multiple depositions and deposition preparation meetings over the next seven to ten days in two different cases. In order to adequately analyze Plaintiffs' Response and the host of federal and state cases cited therein and prepare a thorough reply, Mr. Aber is in need of a brief two week extension of time, to and including April 24, 2026, to file his Reply.

5.     Mr. Aber's request is made in good faith and for good cause and not for any dilatory or improper purpose.

6.     Plaintiffs do not object to the requested extension and will not be prejudiced by it.

7.     This is Mr. Aber's first request for an extension of time to file his Reply to Plaintiffs' Response to the Motion to Stay.

8.     Pursuant to D.C.COLO.LCivR 6.1(c), this Motion has been served contemporaneously by undersigned counsel on Mr. Aber.

2

WHEREFORE, Defendant Edward Aber respectfully requests an extension of time, to and including April 24, 2026, to file his Reply to Plaintiffs' Response to Motion to Stay Proceedings.

Dated this 8th day of April 2026.

**THOMPSON, COE, COUSINS & IRONS, LLP**

*S/ William T. O'Connell, III*
William T. O'Connell, III
Christy Zahradnik-Mitchell
1700 Broadway, Suite 900
Denver, CO 80290
Telephone (303) 830-1212
Email: woconnell@thompsoncoe.com
Email: czahradnik-mitchell@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT
EDWARD ABER**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2026, a true and correct copy of the foregoing **DEFENDANT EDWARD ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO STAY PROCEEDINGS** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

*s/ Barbara McCall*
Barbara McCall, Legal Assistant

3