## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

    Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

    Defendants.

---

## ORDER GRANTING DEFENDANT EDWARD ABER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO STAY PROCEEDINGS

---

This matter comes before the Court upon Defendant Edward Aber's Unopposed Motion for Extension of Time to file his Reply to Plaintiffs' Response to Motion to Stay Proceedings. The Court having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested.

IT IS THEREFORE ORDERED that the Motion is granted. Defendant Aber has up to and including April 24, 2026 to file his Reply to Plaintiffs' Response to Motion to Stay Proceedings.

DATED this _____ day of _____, 2026.

BY THE COURT:

_____
United States Magistrate Judge