**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity
and on behalf of all others similarly situated, et al.,

Plaintiffs,

v.

EDWARD ABER, in his individual and official capacities as
Jail Commander of the La Plata County Jail, et al.,

Defendants.

_____

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENTION OF TIME TO RESPOND TO
THE LA PLATA DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, by and through Interim Class Counsel RATHOD ǀ MOHAMEDBHAI LLC and

JOHN BAXTER ATTORNEY AT LAW, respectfully ask the Court to grant them a 7-day extension

to respond to the La Plata Defendants' Motion to Dismiss.[1]  [Dkt. 101].

**BACKGROUND**

1.      Plaintiffs filed their First Amended Complaint in this case on February 20, 2026.

[Dkt. 44].

2.      On March 2, 2026, the La Plata Defendants sought, and Plaintiffs did not oppose,

a 21-day extension of time to respond to the First Amended Complaint. [Dkt. 85].

---

[1] Plaintiffs conferred with La Plata Defendants' counsel and this motion is unopposed.

3. On March 2, 2026, the Court granted the La Plata Defendants that extension. [Dkt. 87].

4. Counsel for Plaintiffs and the La Plata Defendants conferred on March 26, 2026. In that conferral, the La Plata Defendants announced their intention to file a Motion to Dismiss the First Amended Complaint by March 27, 2026.

5. Counsel for Plaintiffs flagged for counsel for the La Plata Defendants that at least three of the attorneys on this case would be preparing for two-week trial in the coming weeks, so they would likely be requesting a corresponding extension to respond to that Motion to Dismiss.

6. On March 27, 2026, the La Plata Defendants filed their Motion to Dismiss. [Dkt. 101].

7. On April 7, 2026, Plaintiffs filed a motion for a 21-day extension of time to respond to the La Plata Defendants' Motion to Dismiss based on the trial. [Dkt. 102].

8. On April 8, 2026, the Court granted the extension. [Dkt. 103]. Plaintiffs' response is currently due May 8, 2026. *Id.*

9. As the La Plata Defendants pointed out in their own Motion for Extension, "This is a complex multi-party case with significant stakes for all parties. It will best serve the interests of the parties and the Court to permit thoughtful and thorough analysis of the numerous claims alleged in the Amended Complaint." [Dkt. 85, p. 2].

10. Plaintiffs' counsel has diligently been working on their response to the motion to dismiss. However, certain circumstances during the extension period have necessitated an additional extension.

11. One of Plaintiffs' counsel who is responsible for a significant portion of the response was ill for a week, including an emergency room visit.

12.    Another one of Plaintiffs' counsel who is drafting a section of the response was in a motor-vehicle collision.

13.    These unforeseen circumstances have delayed Plaintiffs' ability to respond in the original time frame. Accordingly, Plaintiffs ask the Court for an additional 7-day extension to respond to the La Plata Defendants' Motion to Dismiss.

14.    This is Plaintiffs' second request for an extension of time in which to respond to the La Plata Defendants' Motion to Dismiss. This Unopposed Motion complies with D.C.COLO.MJ V.7 and D.C.Colo.L.CivR 6.1 and 7.1(a).


WHEREFORE, Plaintiffs respectfully request that the Court grant this Unopposed Motion for a 7-day extension of time, up to and including May 15, 2026.


Respectfully submitted this 4th day of May, 2026.


_s/ Virginia Hill Butler_
Virginia Hill Butler
Katie Wiese Valiant
Siddhartha Rathod
Qusair Mohamedbhai
Felipe Bohnet-Gomez
Omeed M. Azmoudeh
Neil Sandhu
kw@rmlawyers.com
sr@rmlawyers.com
qm@rmlawyers.com
fbg@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100

John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Interim Class Counsel*