**Policy**

**606**

**SEXUAL ASSAULT**

La Plata County Sheriff's Office

Detentions Manual

# PRISON RAPE ELIMINATION ACT (PREA)

### 606.1  PURPOSE AND SCOPE
This policy provides guidance concerning the Prison Rape Elimination Act of 2003 (PREA) in an effort to prevent, detect and respond to sexual abuse and sexual harassment.

606.1.1  DEFINITIONS
Definitions related to this policy include:

**Intersex -**

A person whose sexual or reproductive anatomy or chromosomal pattern does not seem to fit typical definitions of male or female. Intersex medical conditions are sometimes referred to as disorders of sex development.

**Sexual Abuse –**

**Abuse by Inmates:**

Any intentional touching or probing with an object, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh or the buttocks of another person, excluding contact incidental to a physical altercation (28 CFR 115.6).

**Abuse by staff, contractor, or volunteer:**

Any intentional touching or probing with an object, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh or the buttocks of another person, that is unrelated to official duties, or where the staff member, contractor or volunteer has the intent to abuse, arouse, or gratify sexual desire.

Any attempt, threat, or request by a staff member, contractor or volunteer to engage in any of the activities described above.

Any intentional display by a staff member, contractor or volunteer of his/her uncovered genitalia, buttocks or breast in the presence of an inmate, detainee.

Voyeurism by a staff member, contractor or volunteer (28 CFR 115.6).

**Sexual Harassment -**

Repeated and unwelcome sexual advances; requests for sexual favors; verbal comments, gestures or actions of a derogatory or offensive sexual nature; repeated verbal comments or gestures of a sexual nature, including demeaning references to gender; sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures (28 CFR 115.6).

**Gender -**

Copyright Lexipol, LLC 2024/11/22, All Rights Reserved.
Published with permission by La Plata County Sheriff's Office

SEXUAL ASSAULT

La Plata County Sheriff's Office

Detentions Manual

*PRISON RAPE ELIMINATION ACT (PREA)*

> An individual's concept of themselves, or gender identity. A person's sex may not line up with their gender identity. These individuals might refer to themselves as transgender, non-binary, or gender-nonconforming.

**Sex -**

> The biological differences between males and females, such as the genitalia and genetic differences.

**Transgender-**

> A person whose gender identity (i.e., internal sense of feeling male or female) is different from the person's sex at birth.

## 606.2  POLICY

The LPCDF has not opted to comply with all of the requirements of the Department of Justice PREA Rules and Standards, however, the intent of the PREA act will be honored.

The safety and security of the community, the facility, staff, and inmates is the foremost responsibility of the LPCDF. To that end, this policy has been set in place.

The LPCDF has zero tolerance with regard to sexual abuse and sexual harassment in this facility and will take appropriate measures to protect against sexual abuse and harassment and to promptly and thoroughly investigate all allegations of sexual abuse and sexual harassment (28 CFR 115.11).

## 606.3  REPORTING SEXUAL ABUSE, HARASSMENT AND RETALIATION

Any employee, agency representative, volunteer or contractor who becomes aware of an incident of sexual abuse, sexual harassment or retaliation against inmates or staff shall immediately notify a supervisor, who will forward the matter to a jail investigator (28 CFR 115.61). Staff may also privately report sexual abuse and sexual harassment (e.g., report to the Detentions Division Commander) (28 CFR 115.51).

The facility shall provide information to all visitors or third parties on how they may report any incident, or suspected incident, of sexual abuse or sexual harassment to a staff member (28 CFR 115.54).

Inmates may report sexual abuse or sexual harassment incidents anonymously or to any staff member they choose. Staff shall accommodate all inmate requests to report allegations of sexual abuse or harassment. Staff shall accept reports made verbally, in writing, anonymously or from third parties and shall promptly document all verbal reports (28 CFR 115.51).

Threats or allegations of sexual abuse and sexual harassment, regardless of the source, shall be documented and referred for investigation. Sexual abuse and sexual harassment reports shall only be made available to those who have a legitimate need to know, and in accordance with this policy and applicable law.

Copyright Lexipol, LLC 2024/11/22, All Rights Reserved.
Published with permission by La Plata County Sheriff's Office

SEXUAL ASSAULT

La Plata County Sheriff's Office

Detentions Manual

*PRISON RAPE ELIMINATION ACT (PREA)*

### 606.3.1  REPORTING TO OTHER FACILITIES

If there is an allegation that an inmate was sexually abused while he/she was confined at another facility, the Detentions Division Commander should notify the head of that facility as soon as possible but not later than 72 hours after receiving the allegation. The Detentions Division Commander should ensure that the notification has been documented (28 CFR 115.63).

### 606.4  RETALIATION

All inmates and staff who report sexual abuse or sexual harassment, or who cooperate with sexual abuse or sexual harassment investigations, shall be protected from retaliation.

Protective measures, including housing changes, transfers, removal of alleged abusers from contact with victims, administrative reassignment or reassignment of the victim or alleged perpetrator to another housing area, and support services for inmates or staff who fear retaliation, may be utilized (28 CFR 115.67).

If any other individual who cooperates with an investigation expresses a fear of retaliation, the facility shall take reasonable measures to protect that individual against retaliation (28 CFR 115.67).

### 606.5  FIRST RESPONDERS

If an allegation of inmate sexual abuse is made, the first deputy to respond shall (28 CFR 115.64):

    (a)    Separate the parties.

    (b)    Request medical assistance as appropriate.

    (c)    Establish a crime scene as appropriate.

    (d)    If the time period allows for collection of physical evidence, request that the alleged victim, and ensure that the alleged abuser, do not take any actions that could destroy physical evidence (e.g., washing, brushing teeth, changing clothes, urinating, defecating, drinking, eating).

    (e)    Consider whether a change in classification or housing assignment for the victim is needed or whether witnesses to the incident need protection, both of which may include reassignment of housing.

    (f)    Determine whether the alleged perpetrator should be administratively segregated during the investigation.

If the first responder is not a deputy, the responder shall request the alleged victim to refrain from any actions that could destroy physical evidence and then immediately notify a deputy.

Should an investigation involve inmates who have disabilities or who have limited English proficiency, the first responder shall not rely on inmate interpreters, inmate readers or other types of inmate assistants, except in limited circumstances where an extended delay in obtaining an interpreter could compromise inmate safety, the performance of first responder duties or the investigation of sexual abuse or sexual harassment allegations (28 CFR 115.16).

Copyright Lexipol, LLC 2024/11/22, All Rights Reserved.
Published with permission by La Plata County Sheriff's Office

SEXUAL ASSAULT

La Plata County Sheriff's Office

Detentions Manual

*PRISON RAPE ELIMINATION ACT (PREA)*

## 606.6  SEXUAL ABUSE AND SEXUAL HARASSMENT INVESTIGATIONS

An administrative investigation, criminal investigation or both shall be completed for all allegations of sexual abuse and sexual harassment (28 CFR 115.22). Administrative investigations shall include an effort to determine whether the staff's actions or inaction contributed to the abuse. All administrative and/or criminal investigations shall be documented in written reports that include a description of the physical and testimonial evidence, the reasoning behind credibility assessments, and investigative facts and findings. Only investigators who have completed Detention Facility-approved training on sexual abuse and sexual harassment investigation should be assigned to investigate these cases (28 CFR 115.71).

When practicable, an investigator of the same sex as the victim should be assigned to the case. Sexual abuse and sexual harassment investigations should be conducted promptly and continuously until completed. Investigators should evaluate reports or threats of sexual abuse and sexual harassment without regard to an inmate's sexual orientation, sex or gender identity. Investigators should not assume that any sexual activity among inmates is consensual.

If the investigation is referred to another agency for investigation, the referral shall be documented.

If criminal acts are identified as a result of the investigation, the case shall be presented to the appropriate prosecutor's office for filing new charges.

### 606.6.1  INVESTIGATIVE FINDINGS

All completed investigations shall be forwarded to the Detentions Division Commander or, if the allegations involve the Detentions Division Commander, to the Sheriff. The Detentions Division Commander or Sheriff shall review the investigation and determine whether any allegations of sexual abuse or sexual harassment have been substantiated by a preponderance of the evidence (28 CFR 115.72).

The staff shall be subject to disciplinary sanctions, up to and including termination, for violating this policy. Termination shall be the presumptive disciplinary sanction for staff members who have engaged in sexual abuse. All discipline shall be commensurate with the nature and circumstances of the acts committed, the staff member's disciplinary history, and the sanctions imposed for comparable offenses by other staff with similar histories.

### 606.6.2  REPORTING TO INMATES

The Detentions Division Commander or the authorized designee shall inform a victim inmate whether an allegation has been substantiated, unsubstantiated or unfounded.

## 606.7  SEXUAL ABUSE AND SEXUAL HARASSMENT BETWEEN STAFF AND INMATES

Sexual abuse and sexual harassment between staff, volunteers or contract personnel and inmates is strictly prohibited. The fact that an inmate may have initiated a relationship or sexual contact is not a defense to violating this policy.

Any incident involving allegations of staff-on-inmate sexual abuse or sexual harassment shall be referred to the Investigations for investigation.

**SEXUAL ASSAULT**

La Plata County Sheriff's Office

Detentions Manual

*PRISON RAPE ELIMINATION ACT (PREA)*

---

### 606.7.1    SEXUAL ABUSE BY CONTRACTOR OR VOLUNTEER

Any contractor or volunteer who engages in sexual abuse within the facility shall be immediately prohibited from having any contact with inmates. He/she shall be promptly reported to the law enforcement agency that would investigate such allegations and brought to the attention of any relevant licensing bodies (28 CFR 115.77).

### 606.8    SEXUAL ABUSE VICTIMS

Inmates who are victims of sexual abuse shall be transported to the nearest appropriate location to handle the treatment of injuries and the collection of evidence, as appropriate. Depending on the severity of any injuries, transportation may occur by a staff member or by ambulance, in either case with appropriate security to protect the staff, the inmate and the public, and to prevent escape.

If counseling services are requested by the victim, the LPCDF should make available a qualified member of a community-based organization, or a qualified health care or mental health professional from the facility.

### 606.9    EXAMINATION, TESTING AND TREATMENT

Examination, testing and treatment shall include the following:

(a)    Examinations shall be performed by Sexual Assault Forensic Examiners (SAFEs) or Sexual Assault Nurse Examiners (SANEs), where possible. If SAFEs or SANEs are not available, the examination can be performed by other qualified medical practitioners. The Office should document its efforts to provide SAFEs or SANEs (28 CFR 115.21).

(b)    If requested by the victim, a victim advocate, qualified office staff member or a qualified community organization's staff member shall accompany the victim through the forensic medical examination process and investigatory interviews. That person will provide emotional support, crisis intervention, information and referrals.

(c)    Provisions shall be made for testing the victim for sexually transmitted diseases (28 CFR 115.82).

(d)    Counseling for the treatment of sexually transmitted diseases, if appropriate, shall be provided (28 CFR 115.21).

(e)    Victims of sexually abusive vaginal penetration while incarcerated shall be offered pregnancy tests. If pregnancy results, such victims shall receive comprehensive information about, and access to, all lawful pregnancy-related medical services (28 CFR 115.83). This shall be done in a timely manner.

(f)    Victims shall be provided with follow-up services, treatment plans and, when necessary, referrals for continued care following their transfer to other facilities or release from custody (28 CFR 115.83).

(g)    Treatment services shall be provided to the victim without financial cost and regardless of whether the victim names the abuser or cooperates with any investigation arising out of the incident (28 CFR 115.83).

---

Copyright Lexipol, LLC 2024/11/22, All Rights Reserved.
Published with permission by La Plata County Sheriff's Office

SEXUAL ASSAULT

La Plata County Sheriff's Office

Detentions Manual

*PRISON RAPE ELIMINATION ACT (PREA)*

### 606.10   PROTECTIVE CUSTODY

Inmates at high risk for sexual victimization shall not be placed in involuntary protective custody unless an assessment of available alternatives has been made and it has been determined that there is no reasonably available alternative means of separation.

If an involuntary protective custody assignment is made because of a high risk for victimization, the Shift Commander shall clearly document the basis for the concern for the inmate's safety and the reasons why no alternative means of separation can be arranged (28 CFR 115.43).

Every 30 days, the Detentions Division Commander shall afford each such inmate a review to determine whether there is a continuing need for protective custody (28 CFR 115.43).

### 606.11   SEXUAL ABUSE INCIDENT REVIEW

An incident review shall be conducted at the conclusion of every sexual abuse investigation, unless the allegation has been determined to be unfounded (28 CFR 115.86). The review should occur within 30 days of the conclusion of the investigation.

The review team shall include upper-level management officials and seek input from line supervisors, investigators and qualified health care and/or mental health professionals, as appropriate:

(a)   Consider whether the investigation indicates a need to change policy or practice in order to better prevent, detect or respond to sexual abuse.

(b)   Examine the area in the facility where the incident allegedly occurred to assess whether physical barriers may enable abuse.

(c)   Assess the adequacy of staffing levels in the area during different shifts.

(d)   Assess whether monitoring technology should be deployed or augmented to supplement supervision by staff.

(e)   Prepare a written report of the team's findings, including, but not limited to, determinations made pursuant to paragraphs (a)-(d) of this section, and any recommendations for improvement. The report should be submitted to the Detentions Division Commander

The Detentions Division Commander or the authorized designee shall implement the recommendations for improvement or document the reasons for not doing so.

### 606.12   RECORDS

All case records and reports associated with a claim of sexual abuse and sexual harassment, including incident reports, investigative reports, offender information, case disposition, medical and counseling evaluation findings, and recommendations for post-release treatment or counseling, shall be retained in accordance with confidentiality laws.

The Detention Center shall retain all written reports from administrative and criminal investigations pursuant to this policy for as long as the alleged abuser is held or employed by the Detention Center, plus five years (28 CFR 115.71).

Copyright Lexipol, LLC 2024/11/22, All Rights Reserved.
Published with permission by La Plata County Sheriff's Office