IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
        Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

_____

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

        Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

        Defendants.


_____

Civil Action No. 25-cv-02763-GPG-KAS

C.B.;
R.C.;
J.E.;
S.H.;
A.H.;
A.H.;
M.J.;
J.L.;
M.N.;

E.P.;
S.R.;

M.S.;
A.S.;
N.T.;
K.T.;
R.W.;
I.W.; and
J.W., individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

EDWARD ABER, in his individual and official capacity as Jail Commander of
the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County,

      Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE

_____

      Corey J. Thompson of the law firm of Berg Hill Greenleaf Ruscitti LLP hereby certifies that he is a member in good standing of the bar of this Court and enters his appearance as counsel for the Defendants Board of County Commissioners of La Plata County, Sean Smith in his official capacity, Michael Slade and Jacob Harris (collectively, the "La Plata Defendants") in the above-captioned matter.

4912-9453-2015, v. 1

Respectfully submitted this 26th day of May 2026.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Corey J. Thompson*
David J. Goldfarb
Corey J. Thompson
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
djg@bhgrlaw.com
corey.thompson@bhgrlaw.com

*Attorneys for Defendants Board of County Commissioners of the County of La Plata, Sean Smith, Michael Slade and Jacob Harris*

3

4912-9453-2015, v. 1

## <u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I hereby certify that on May 26, 2026, I electronically served the foregoing **NOTICE OF ENTRY OF APPEARANCE** to the following e-mail addresses:

Omeed M. Azmoudeh
Felipe S. Bohnet-Gomez
Virginia H. Butler
Matthew J. Cron
Iris Halpern
Katie W. Valiant
Qusair Mohamedbhai
Siddhartha H. Rathod
Crist A. Smith Whitney
Neil S. Sandhu
Aria Vaughan
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
cw@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com
kw@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
av@rmlawyers.com

John C. Baxter
John C. Baxter, Attorney at Law
1099 Main Avenue, #500
Durango, CO 81301
baxterlaw@gmail.com

M. Austin Mehr
Kevin A. Mehr
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers PLLC
201 West Short Street, Suite 800
Lexington, KY 40507
amehr@austinmehr.com
kevin.mehr@mehrlawcolorado.com
bkh@austinmehr.com
pgf@austinmehr.com

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@kosl>skilaw.com

Tyler A. Jolly
Jolly Law P.L.L.C.
9996 W. U.S. Highway 50, Unit 1090
Salida, CO 81201
Tyler@JollyLawColorado.com

William T. O'Connell
Mackenzie M. Novak
Christy N. Redmond
Thompson, Coe, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO 80290
woconnell@thompsoncoe.com
mnovak@thompsoncoe.com
credmond@thompsoncoe.com

*s/ Stephanie MacDonald*
Stephanie MacDonald

4

4912-9453-2015, v. 1