IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
      Consolidated with Civil Action No. 25-cv-02763-GPG-KAS

_____

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

      Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

      Defendants.

_____

Civil Action No. 25-cv-02763-GPG-KAS

C.B.;
R.C.;
J.E.;
S.H.;
A.H.;
A.H.;
M.J.;
J.L.;

M.N.;
E.P.;
S.R.;

M.S.;
A.S.;
N.T.;
K.T.;
R.W.;
I.W.; and
J.W., individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

EDWARD ABER, in his individual and official capacity as Jail Commander of
the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata County,

      Defendants.
_____

## LA PLATA COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY IN SUPPORT OF MOTION TO DISMISS
_____

Defendants Board of County Commissioners of La Plata County, Sean Smith in his official capacity, Michael Slade, and Jacob Harris (collectively, the "La Plata Defendants"), through their undersigned counsel, David J. Goldfarb and Corey J. Thompson, of Berg Hill Greenleaf Ruscitti LLP, respectfully request a twelve-day

extension of time, up to and including June 10, 2026, to file their reply in support of La Plata Defendants' motion to dismiss as follows:[1]

1.      La Plata Defendants filed a motion to dismiss Plaintiffs' Complaint on March 27, 2026. (La Plata County Defs.' Mot. to Dismiss, Dkt. No. 101.) Following two unopposed extensions of time to respond (Orders Granting Unopposed Extension of Time, Dkt. Nos. 103, 109), Plaintiffs filed their opposition to the La Plata Defendants' motion to dismiss on May 15, 2026 (Pls.' Resp. to La Plata Defs.' Mot. to Dismiss, Dkt. No. 111). La Plata Defendants' reply in support of their motion to dismiss is currently due May 29, 2026.

2.      Counsel for La Plata Defendants have been diligently preparing a reply in support of their motion to dismiss. But counsel have also been engaged in extensive motions practice in other matters, including dispositive motions practice in *DeNicola v. Town of Sugar City*, 1:26-cv-01569-CNS-MDB (D. Colo.), *Green v. Town of Kersey*, 2026CV26 (Colo. Weld Cnty. Dist. Ct.), and *Edwards Affordable Housing LLC v. Chapin*, 1:26-cv-01121-SBP (D. Colo.); dispositive motions practice and oral argument in *Colorado Motor Carriers Association v. Town of Vail*, 1:23-cv-02752-CNS-STV (D. Colo.); and emergency briefing in response to an emergency motion for a temporary restraining order in *Bergford v. Town of Parker*, 1:26-cv-02078-CNS-NRN.

3.      In light of these constraints, counsel requests that this Court permit a brief

---

[1] **Certificate of Conferral:** Pursuant to D.C.Colo.LCivR 7.1A., counsel for La Plata County Defendants have conferred with Plaintiffs' counsel. Plaintiffs do not oppose the relief requested herein.

twelve-day extension of time, up to and including June 10, 2026, to file their reply in support of their motion to dismiss.

4.      No party will be prejudiced by this short extension of time, as evidenced by this unopposed request.

5.      This unopposed motion complies with D.C.Colo.LCivR 6.1 and 7.1(a).

* * *

WHEREFORE, La Plata Defendants respectfully request that this Court grant this unopposed motion for a twelve-day extension of time, up to and including June 10, 2026, to file their reply in support of their motion to dismiss.

Respectfully submitted this 26th day of May, 2026.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Corey J. Thompson*
David J. Goldfarb
Corey J. Thompson
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  djg@bhgrlaw.com
            corey.thompson@bhgrlaw.com

*Attorneys for La Plata Defendants*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, I electronically served the foregoing **LA PLATA COUNTY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY IN SUPPORT OF MOTION TO DISMISS** to the following e-mail addresses:

Crist Whitney
Felipe S. Bohnet-Gomez
Iris Halpern
Katie W. Valiant
Matthew J. Cron
Omeed M. Azmoudeh
Qusair Mohamedbhai
Siddhartha H. Rathod
Virginia H. Butler
Neil S. Sandhu
Aria Vaughan
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
cw@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com
kw@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
av@rmlawyers.com

John C. Baxter
John C. Baxter, Attorney at Law
1099 Main Avenue, #500
Durango, CO  81301
baxterlaw@gmail.com

M. Austin Mehr
Kevin A. Mehr
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers PLLC
201 West Short Street, Suite 800
Lexington, KY  40507
amehr@austinmehr.com
kevin.mehr@mehrlawcolorado.com
bkh@austinmehr.com
pgf@austinmehr.com

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@kosloskilaw.com

Tyler A. Jolly
Jolly Law P.L.L.C.
9996 W. U.S. Highway 50, Unit 1090
Salida, CO  81201
Tyler@JollyLawColorado.com

William T. O'Connell
Mackenzie M. Novak
Christy N. Redmond
Thompson, Coe, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO  80290
woconnell@thompsoncoe.com
mnovak@thompsoncoe.com
credmond@thompsoncoe.com

*s/ Stephanie MacDonald*
Stephanie MacDonald