UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS

TERRIANNE PAIGE HIEHLE, in her individual capacity and
behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and behalf of all
others similarly situated;
KIMBERLI LASHAWAY, in her individual capacity and behalf
of all others similarly situated;

      Plaintiff(s),

v.

EDWARD ABER, In his individual and official capacities as
Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual and official capacities as
Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity;
JOHN/JANE DOES #1-#10, in their individual capacities;

      Defendant(s).

_____

**MOTION TO WITHDRAWAL AS COUNSEL FOR LA PLATA COUNTY DEFENDANTS**
_____

Christopher G. Seldin of the law firm of Berg Hill Greenleaf Ruscitti LLP, as counsel for Defendants La Plata County, Colorado, Sean Smith in his official capacity, Michael Slade and Jacob Harris (collectively, the "La Plata Defendants"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

## <u>CERTIFICATE OF CONFERRAL</u>

The undersigned has conferred with all counsel of record and this Motion to Withdraw is unopposed.

1.    Christopher G. Seldin will be leaving his employment with Berg Hill Greenleaf Ruscitti LLP effective May 25, 2026. Therefore, good cause exists to allow Mr. Seldin to withdraw as counsel in this matter consistent with D.C.COLO.LAttyR 5(b).

2.    Attorney David J. Goldfarb of the law firm of Berg Hill Greenleaf Ruscitti LLP will continue to represent the La Plata Defendants in this action as counsel of record.

3.    No parties will be prejudiced by the withdrawal of undersigned counsel, and no delay will be caused by the Court's granting of the relief sought in this Motion because Mr. Goldfarb will continue to represent the La Plata Defendants in this matter.

4.    <u>Advisement pursuant to D.C.COLO.LAttyR 5(b)</u>: The La Plata Defendants have been provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Mr. Goldfarb, who will continue to comply with this responsibility on their behalf.

5.    Wherefore, for good cause shown, Christopher G. Seldin respectfully requests that this Court enter an Order permitting his withdrawal as counsel of record for the La Plata Defendants in this action and asks that he be removed from all mailing/service lists in this matter.

Respectfully submitted this 26th day of May, 2026

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Christopher G. Seldin*
David J. Goldfarb
Christopher G. Seldin
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
Email:  djg@bhgrlaw.com
        chris.seldin@bhgrlaw.com

*Attorneys for La Plata County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2026, I electronically filed the foregoing **MOTION TO WITHDRAWAL AS COUNSEL FOR LA PLATA COUNTY DEFENDANTS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses,

Crist Whitney
Felipe S. Bohnet-Gomez
Iris Halpern
Katie W. Valiant
Matthew J. Cron
Omeed M. Azmoudeh
Qusair Mohamedbhai
Siddhartha H. Rathod
Virginia H. Butler
Neil S. Sandhu
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
cw@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com
kw@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com

John C. Baxter
John C. Baxter, Attorney at Law
1099 Main Avenue, #500
Durango, CO  81301
baxterlaw@gmail.com

M. Austin Mehr
Kevin A. Mehr
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers PLLC
201 West Short Street, Suite 800
Lexington, KY  40507
amehr@austinmehr.com
kevin.mehr@mehrlawcolorado.com
bkh@austinmehr.com
pgf@austinmehr.com

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@kosloskilaw.com

Tyler A. Jolly
Jolly Law P.L.L.C.
9996 W. U.S.. Highway 50, Unit 1090
Salida, CO  81201
Tyler@JollyLawColorado.com

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, email etc.) indicated by the non-participant's name:

4

Edward Aber
1908 Eastlawn Avenue
Durango, CO 81301
aberej33@gmail.com

*s/ Jessica Vecchio*
Jessica Vecchio

4898-9608-2606, v. 1