**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
    *Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

        Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

        Defendants.

---

**DEFENDANT ABER'S STATUS REPORT**

---

Defendant Edward Aber, by and through his counsel, William T. O'Connell, III, and Christy Zahradnik-Mitchell of Thompson, Coe, Cousins & Irons, LLP, hereby submits this Status Report and states as follows:

1.      On May 12, 2026, the Court issued an Order [Doc. No. 110] granting Defendant Aber's Motion to Stay Proceedings [Doc. No. 89].

2.      Pursuant to the Order, Defendant Aber is required to file a Status Report concerning the status of his criminal proceedings no later than August 21, 2026, at which time the Court will determine whether the stay should be extended.

3.      At the time the Order was issued, Defendant Aber's criminal trial was scheduled to commence on August 10, 2026.

4.      This Status Report is filed because undersigned counsel recently learned that Defendant Aber's criminal trial has been continued to November 2, 2026.

5.      It is undersigned counsel's understanding that on or about May 8, 2026, the La Plata County Court (County Court Judge Richard Schmittel) converted a May 14, 2026 motions hearing in Defendant Aber's criminal case to a status conference because the County Court needed more time to review the pending pre-trial motions. During the status conference, a new motions hearing was set for July 13, 2026. During the same conference, the County Court advised that during the week of Defendant Aber's criminal trial in August, a courthouse security drill was scheduled to take place which requires closing the courthouse resulting in losing at least a half day of trial.

6.      Given the developments described in paragraph no. 5, it is undersigned counsel's understanding that Defendant Aber waived a speedy trial and requested a continuance of his August 10, 2026 trial. Because the County Court had limited availability in September and October, Defendant Aber's criminal trial was rescheduled to the week of November 2, 2026. A pretrial readiness conference is set for October 21, 2026 at 10:00 a.m.

Dated this 27th day of May 2026.

**THOMPSON, COE, COUSINS & IRONS, LLP**

*S/  William T. O'Connell, III*
William T. O'Connell, III
Christy Zahradnik-Mitchell
1700 Broadway, Suite 900
Denver, CO 80290
Telephone (303) 830-1212
Email: woconnell@thompsoncoe.com
Email: czahradnik-mitchell@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT EDWARD ABER**

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May,  2026, a true and correct copy of the foregoing **DEFENDANT ABER'S STATUS REPORT** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

*s/ Barbara McCall*
Barbara McCall, Legal Assistant

*[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*

3