IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
(Consolidated for all purposes with Civil Action No. 25-cv-02763-GPS-KAS)

TERRIANNE PAIGE HIEHLE, in her individual capacity and
behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and behalf of all
others similarly situated;
KIMBERLI LASHAWAY, in her individual capacity and behalf
of all others similarly situated;
        Plaintiff(s),

v.

EDWARD ABER, In his individual and official capacities as
Jail Commander of the La Plata
County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual and official capacities as
Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity;
JOHN/JANE DOES #1-#10, in their individual capacities;
        Defendant(s).

*and*

C.B., R.C., J.E, S.H., A.H., A.H., M.J., J.L., M.N., E.P.
S.R., M.S., A.S., N.T., K.T., R.W., I.W., and J.W.
        Plaintiffs, individually and on behalf of all others
        similarly situated,

v.

EDWARD ABER, in his individual capacity and official
capacity as Jail Commander of the La Plata County Jail;
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY
OF LA PLATA;
JACOB HARRIS, in his individual capacity;
MICHAEL SLADE, in his individual capacity; and
SEAN SMITH, in his official capacity as Sheriff of La Plata
County;
        Defendant(s).

_____

## LA PLATA DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS
_____

Defendants Board of County Commissioners of La Plata County; Sean Smith, in his official capacity as Sheriff of La Plata County; Michael Slade; and Jacob Harris (collectively, the "La Plata Defendants") respectfully submit the following unopposed Motion to Exceed Page Limits. Undersigned counsel certifies that he conferred with counsel for Plaintiffs and that this Motion is unopposed.

1.      Due to the numerous claims and the numerous La Plata Defendants at issue in the First Amended Complaint (Dkt. No. 84), La Plata Defendants' Motion to Dismiss was 32 pages in length (Dkt. No. 101). Plaintiffs' response was 30 pages. (Dkt. No. 111.) In order to address the allegations against each of the separate La Plata Defendants and to address the arguments raised in the motion and response, this Motion seeks leave to file a reply brief no more than 15 pages in length.

2.      This Motion complies with D.C.COLO.LCivR 7.1 and D.C.COLO.MJ V.2. The requested relief will not prejudice any party. The La Plata Defendants accordingly request that the Court grant the Motion, and permit them to file a reply brief no longer than 15 pages in length, exclusive of the caption and signature block.

4896-9992-1819, v. 2

Respectfully submitted this 8th day of June, 2026.

BERG HILL GREENLEAF RUSCITTI LLP

*s/ Corey J. Thompson*
David J. Goldfarb
Corey J. Thompson
1712 Pearl Street
Boulder, CO  80302
Phone:  (303) 402-1600
Fax:  (303) 402-1601
djg@bhgrlaw.com
corey.thompson@bhgrlaw.com


*Attorneys for the La Plata County Defendants*

3

4896-9992-1819, v. 2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2026, I electronically filed the foregoing **LA PLATA DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Crist Whitney
Felipe S. Bohnet-Gomez
Iris Halpern
Katie W. Valiant
Matthew J. Cron
Omeed M. Azmoudeh
Qusair Mohamedbhai
Siddhartha H. Rathod
Virginia H. Butler
Neil S. Sandhu
Aria Vaughan
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO  80205
cw@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com
kw@rmlawyers.com
mc@rmlawyers.com
oa@rmlawyers.com
qm@rmlawyers.com
sr@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
av@rmlawyers.com

John C. Baxter
John C. Baxter, Attorney at Law
1099 Main Avenue, #500
Durango, CO  81301
baxterlaw@gmail.com

M. Austin Mehr
Kevin A. Mehr
Bartley K. Hagerman
Phillip G. Fairbanks
Mehr Fairbanks Trial Lawyers PLLC
201 West Short Street, Suite 800
Lexington, KY  40507
amehr@austinmehr.com
kevin.mehr@mehrlawcolorado.com
bkh@austinmehr.com
pgf@austinmehr.com

Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@koslaskilaw.com

Tyler A. Jolly
Jolly Law P.L.L.C.
9996 W. U.S.. Highway 50, Unit 1090
Salida, CO  81201
Tyler@JollyLawColorado.com
William T. O'Connell
Mackenzie M. Novak
Christy N. Redmond
Thompson, Coe, Cousins & Irons, LLP
1700 Broadway, Suite 900
Denver, CO  80290
woconnell@thompsoncoe.com
mnovak@thompsoncoe.com
credmond@thompsoncoe.com

*s/ Stephanie MacDonald*
Stephanie MacDonald

4

4896-9992-1819, v. 2