**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
 *Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity
and on behalf of all others similarly situated, et al.,

Plaintiffs,

v.

EDWARD ABER, in his individual and official capacities as
Jail Commander of the La Plata County Jail, et al.,

Defendants.

_____

**PLAINTIFFS' RESPONSE TO DEFENDANT ABER'S STATUS REPORT**

_____

Plaintiffs, by and through Interim Class Counsel RATHOD | MOHAMEDBHAI LLC and JOHN BAXTER ATTORNEY AT LAW, respectfully respond to Defendant Aber's Status Report [ECF No. 119].

**BACKGROUND**

1.    Plaintiffs filed their First Amended Complaint in this case on February 20, 2026. *FAC*, ECF No. 84.

2.    On March 6, 2026, Defendant Aber filed a motion to stay the case based on his pending criminal case, *The People of the State of Colorado v. Aber, Edward J.*, Case No. 2025M532. *Motion*, ECF No. 89.

3.    On March 27, 2026, Plaintiffs opposed Defendant Aber's motion to stay. *Response*, ECF No. 100.

1

4.      On April 24, 2026, Defendant Aber filed a reply in support of his motion to stay. *Reply*, ECF No. 107.

5.      On May 12, 2026, the Court granted Defendant Aber's motion to stay. *Order*, ECF No. 110.

6.      At the time of the Court's order, Defendant Aber's criminal trial was set to start on August 10, 2026. *Id.* at 7.

7.      The Court ordered that Defendant Aber's responsive pleading deadline was stayed until August 21, 2026—"one week following the date on which Defendant Aber expects his criminal trial to conclude[,]" and that "Defendant Aber's answer or other response to the C.B. Plaintiffs' Amended Complaint [#84] is due September 4, 2026, 14 days after the stay is lifted." *Id.* at 13.

8.      The Court further ordered that Defendant Aber file a status report "concerning the status of his criminal proceedings no later than August 21, 2026, at which time the Court will determine whether the stay should be extended." *Id.*

9.      On May 27, 2026, Defendant Aber filed a status report stating that his criminal trial had been continued until November 2, 2026. *Status Report*, ECF No. 119 at 2

## **ARGUMENT**

10.     One factor the Court considers when evaluating whether to stay a civil case pending a criminal case is the status of the criminal case. *Order*, ECF No. 110.

11.     In their response to Defendant Aber's motion to stay, Plaintiffs pointed out that because criminal defendants frequently waive their right to a speedy trial and August 2026 was Defendant Aber's first trial setting, "[t]here is certainly no guarantee

2

that Mr. Aber's criminal trial will indeed take place on August 10, 2026, and will not be continued until a later, yet to be determined, date." *Response*, ECF No. 100 at 4.

12.    In his Reply, Defendant Aber stated that "Plaintiffs' argument in this respect is entirely speculative and cannot serve as a basis to deny Mr. Aber's requested stay." *Reply*, ECF No. 107.

13.    Defendant Aber then proceeded to waive his right to a speedy trial and his criminal trial was reset to three months later.

14.    Plaintiffs ask the Court not to extend the stay any longer than August 21, 2026 – Plaintiffs are entitled to their day in court and Defendant Aber will not be prejudiced by defending both the civil and criminal action. *See Response*, ECF No. 100.

15.    As noted in Plaintiffs' response brief, the Court can impose less drastic measures than a stay, such as sealing Defendant Aber's answer, imposing a protective order, or limiting disclosure only to counsel. *See Response*, ECF No. 100 at 7 (citing *Walbridge v. City of Oilton, Okla.*, 788 F. Supp. 3d 1194, 1198 (N.D. Okla. 2025)).

16.    Defendant Aber's criminal case may very well get continued again. Plaintiffs should not be left in a position where they are prevented from seeking their civil recovery while Defendant Aber's criminal case winds its way through the criminal process.

WHEREFORE, Plaintiffs respectfully file this response to Defendant Aber's status report, opposing any extension to the current stay.

3

Respectfully submitted this 5th day of August, 2026.

*s/ Virginia Hill Butler*
Virginia Hill Butler
Katie Wiese Valiant
Siddhartha Rathod
Qusair Mohamedbhai
Felipe Bohnet-Gomez
Omeed M. Azmoudeh
Neil Sandhu
kw@rmlawyers.com
sr@rmlawyers.com
qm@rmlawyers.com
fbg@rmlawyers.com
oa@rmlawyers.com
vb@rmlawyers.com
ns@rmlawyers.com
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100


John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Interim Class Counsel*
