## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

      Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

      Defendants.

---

### DEFENDANT ABER'S SECOND STATUS REPORT

---

Defendant Edward Aber, by and through his counsel, William T. O'Connell, III, and Christy Zahradnik-Mitchell of Thompson, Coe, Cousins & Irons, LLP, hereby submits this Second Status Report and states as follows:

1. In the Order granting Defendant Aber's Motion to Stay [Doc. No. 110], the Court ordered Defendant Aber to file a Status Report regarding the status of his criminal case no later than August 21, 2026, at which time the Court will determine whether the stay should be extended.

2. On May 27, 2026, Defendant Aber submitted a Status Report advising that his criminal trial had been rescheduled to the week of November 2, 2026. [Doc. No. 119].

3.       On August 5, 2026, Plaintiffs filed a Response to Defendant Aber's Status Report. [Doc. No. 124]. In their Response, Plaintiffs asserted that "Defendant Aber's criminal case may very well get continued again" and advised that they oppose any extension to the current stay. [Doc. No. 124, ¶ 16].

4.       In light of Plaintiffs' Response, undersigned counsel contacted Mr. Aber's criminal attorney who advised that his trial is still scheduled to begin November 2, 2026.

5.       For the reasons described above and in Defendant Aber's Status Report, the current stay should be extended to November 13, 2026 which is one week following the date Defendant Aber's criminal trial is expected to conclude.

Dated this 12th day of August 2026.

**THOMPSON, COE, COUSINS & IRONS, LLP**

*S/  William T. O'Connell, III*
William T. O'Connell, III
Christy Zahradnik-Mitchell
1700 Broadway, Suite 900
Denver, CO 80290
Telephone (303) 830-1212
Email: woconnell@thompsoncoe.com
Email: czahradnik-mitchell@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT EDWARD ABER**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2026, a true and correct copy of the foregoing **DEFENDANT ABER'S SECOND STATUS REPORT** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

*s/ Barbara McCall*
Barbara McCall, Legal Assistant

*[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*

3