**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity and on behalf of all others similarly situated;
KATRINA LILE, in her individual capacity and on behalf of all others similarly situated; and
KIMBERLI LASHAWAY, in her individual capacity and on behalf of all others similarly situated,

Plaintiffs,

v.

EDWARD ABER, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
LA PLATA COUNTY, COLORADO;
LA PLATA COUNTY SHERIFF'S OFFICE;
SEAN SMITH, in his individual capacity and official capacity as Sheriff of La Plata County;
MICHAEL SLADE, in his individual capacity;
JACOB HARRIS, in his individual capacity; and
JOHN/JANE DOES #1-10, in their individual capacities,

Defendants.

---

**DEFENDANT ABER'S THIRD STATUS REPORT**

---

Defendant Edward Aber, by and through his counsel, William T. O'Connell, III, and Christy Zahradnik-Mitchell of Thompson, Coe, Cousins & Irons, LLP, hereby submits this Third Status Report and states as follows:

1. On August 12, 2026, Defendant Aber filed a Second Status Report. [Doc. No. 125]. In the Second Status Report, undersigned counsel advised that he had contacted Defendant Aber's criminal attorney who advised that his trial was still scheduled to begin November 2, 2026. Accordingly, Defendant Aber requested that the current stay be extended to November 13, 2026

2. In an August 13, 2026 Minute Order, the Court extended the stay to November 13, 2026 and ordered Defendant Aber to file a further status report as needed before November 13, 2026, or otherwise respond to the C.B. Plaintiffs Amended Complaint no later than November 27, 2026. [Doc. No. 126].

3. On October 15, 2026, undersigned counsel contacted Defendant Aber's criminal attorneys Barrie Newberger King and Maura Guaderrama regarding the status of his criminal trial. Undersigned counsel learned that Defendant Aber filed a Motion for Sanctions Due to the People's Violation of Rule 16 and C.R.S. § 16-5-203 on September 25, 2026. Motion, attached hereto as **Exhibit A**. The People filed a Response on October 6, 2026 and Defendant Aber filed a Reply on October 13, 2026, Responses and Reply, attached hereto as **Exhibits B and C**. On October 14, 2026, Defendant Aber filed an Objection to Late Endorsement of Expert Witnesses and Motion for Discovery Relating to Expert Witnesses and Request for Shreck Hearing Determination, and in necessary, Evidentiary Hearing. Objection, attached hereto as **Exhibit D**.

4. A hearing before La Plata County Court Judge Richard Schmittel was held on October 15, 2026. Judge Schmittel granted in part Defendant Aber's Motion for Sanctions and continued Defendant Aber's criminal trial to March 29, 2027. Order, attached hereto as **Exhibit E**. The Order states in pertinent part:

> The Court ultimately found that the District Attorney's office committed a technical violation of rule 16 while also determining that there was little to no actual prejudice that could not be cured by a continuance of the matter.
>
> Finally, after hearing argument from the lawyers and relying on the caselaw cited by the People the Court found that the continuance, despite being the result of a discovery violation, should be charged to the Defendant constituting a waiver of speedy trial.

5. In sum, it is undersigned counsel's understanding that Defendant Aber's criminal trial has been continued to late March/early April 2027 through no fault of his own but because of a discovery violation by the prosecution.

6. For the reasons described above, Defendant Aber respectfully requests that the current stay should be extended to April 9, 2027, which is one week following the date Defendant Aber's criminal trial is expected to conclude.

Dated this 20th day of October 2026.

**THOMPSON, COE, COUSINS & IRONS, LLP**

***S/ William T. O'Connell, III***
William T. O'Connell, III
Christy Zahradnik-Mitchell
1700 Broadway, Suite 900
Denver, CO 80290
Telephone (303) 830-1212
Email: woconnell@thompsoncoe.com
Email: czahradnik-mitchell@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT EDWARD ABER**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th of October, 2026, a true and correct copy of the foregoing **DEFENDANT ABER'S THIRD STATUS REPORT** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

*s/ Barbara McCall*
Barbara McCall, Legal Assistant

*[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*