Exhibit E

| | |
|---|---|
| COUNTY COURT, LA PLATA COUNTY, COLORADO<br>Court Address:<br>1060 EAST 2ND AVENUE, ROOM 106, DURANGO, CO, 81301-5157 | DATE FILED<br>October 16, 2026 9:30 AM<br>CASE NUMBER: 2025M532 |
| THE PEOPLE OF THE STATE OF COLORADO<br>v.<br>**Defendant(s)** EDWARD J ABER | △ **COURT USE ONLY** △ |
| | Case Number: 2025M532<br>Division: B Courtroom: |

**Order:Re: MOTION FOR SANCTIONS DUE TO THE PEOPLES VIOLATION OF RULE 16 AND C.R.S. 16-5-203**

The motion/proposed order attached hereto: GRANTED IN PART.

For reasons stated on the record the motion is GRANTED IN PART.

This order is being provided at the request of the parties to briefly summarize the Court's ruling but should be read in conjunction with ruling on the record.

The Court ultimately found that the District Attorney's office committed a technical violation of rule 16 while also determining that there was little to no actual prejudice that could not be cured by a continuance of the matter.

Finally, after hearing argument from the lawyers and relying on the caselaw cited by the People the Court found that the continuance, despite being the result of a discovery violation, should be charged to the Defendant constituting a waiver of speedy trial.

So ordered.

Issue Date: 10/16/2026

RICHARD EUGENE SCHMITTEL JR
County Court Judge

Attachment to Order - 2025M532

| | |
|---|---|
| County Court<br>La Plata County, Colorado<br>1060 E. 2nd Avenue<br>Durango, CO 81301 | |
| THE PEOPLE OF THE STATE OF COLORADO,<br>Plaintiff<br><br>v.<br><br>**EDWARD ABER**,<br>Accused. | |
| | Case Number: 25M532<br><br>Division B |

**ORDER**
**MOTION FOR SANCTIONS**
**DUE TO THE PEOPLE'S VIOLATION OF RULE 16 AND C.R.S. § 16-5-203**

THIS MATTER having come before the court on Mr. Aber's Motion for Sanctions Due to the People's Violation of Rule 16 and C.R.S. § 16-5-203, the Court rules as follows:

( ) grants the Motion;

( ) denies the Motion;

( ) sets the matter for hearing on the _____ day of _____________, 2026 at _________ __.m.

( ) other ________________________________________________

________________________________________________.

________________________________________________.

DONE THIS ________ day of ______________, 2026.

BY THE COURT:

______________________________
Judge