IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action No. 25-cv-02531-GPG-KAS
Courtroom Deputy: Ethan Cha

Date: November 23, 2026
FTR: Courtroom A501

| *Parties:* | *Counsel:* |
| --- | --- |
| TERRIANNE PAIGE HIEHLE, et al<br><br>Plaintiffs,<br>v. | John C. Baxter<br>Virginia Hill Butler<br>Jason Matthew Kosloski |
| EDWARD ABER, et al<br><br>Defendants, | William Thomas O'Connell , III<br>David James Goldfarb<br>Corey J. Thompson |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**Court in session: 1:31 p.m.**

Court calls case. Appearances of counsel by video-telephonic conference.

Preliminary remarks by the Court. Discussion regarding Defendant Aber's [ECF #127] Status Report and Plaintiffs' [ECF #128] Response. Discussion on the *String Cheese Factors* regarding the continued stay of the case.

**ORDERED:** The Court construes Defendant Aber's Status Report [ECF #127] as a Motion to Continue Stay and **GRANTS** the Motion. Defendant Aber's answer or other response to the C.B. Plaintiffs' Amended Complaint [ECF #84] is **STAYED**.

**ORDERED:** On or before, **November 25, 2026,** Defendants shall file their Motion to Dismiss or intent to file an answer.

**ORDERED:** On or before, **April 16, 2027,** Plaintiffs shall file a status report regarding the status of Defendant Aber's criminal case.

**Court in recess: 2:13 p.m.**

Hearing concluded.
Total time: 00:42

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303)-815-0487 or scheduling@pattersontranscription.com.