**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

TERRIANNE PAIGE HIEHLE, in her individual capacity
and on behalf of all others similarly situated, et al.,

Plaintiffs,

v.

EDWARD ABER, in his individual and official capacities as
Jail Commander of the La Plata County Jail, et al.,

Defendants.

---

## OPPOSED MOTION TO CLARIFY

---

Plaintiffs, by and through Interim Class Counsel RATHOD | MOHAMEDBHAI LLC and JOHN BAXTER ATTORNEY AT LAW, respectfully move the Court to clarify its rulings from the November 23, 2026 status conference.[1]

At the hearing, the Court heard argument regarding Defendant Aber's Status Report [ECF #127], construed as a Motion to Continue Stay. Plaintiffs' understanding of the Court's rulings at the hearing was that:

(1) Mr. Aber was to file a document on or before November 25, 2026, stating whether he would be answering Plaintiffs' First Amended Complaint or filing a

[1] Plaintiffs conferred with Defendant Aber. Defendant Aber does not believe the Court state or implied that it would unconditionally lift the stay on April 9, 2027.

motion to dismiss. If Mr. Aber was filing a motion to dismiss, he was required to do so within 21 days (on or before December 16, 2026).

(2) If Mr. Aber was filing an Answer, then his deadline to file an Answer was stayed until April 9, 2027.[2]

(3) On April 9, 2027, the stay in this matter is lifted. This is regardless of whether Mr. Aber's criminal trial is continued again. If Mr. Aber's criminal trial is continued, then discovery in this matter will be sealed and made "attorney's eyes only" until completion of Mr. Aber's criminal trial but will proceed nonetheless.

The Minute Order entered by the Court conflicts with Plaintiffs' understanding of the Court's rulings at the hearing by requiring Defendant Aber to file his motion to dismiss on or before November 25, 2026, and requiring Plaintiffs to file a status report on or before April 16, 2027. Plaintiffs accordingly move the Court to clarify its ruling.

Respectfully submitted this 24th day of November, 2026.

*/s/ Virginia Hill Butler*
Neil S. Sandhu
Virginia Hill Butler
Katie Wiese Valiant
Siddhartha Rathod
Qusair Mohamedbhai
Felipe Bohnet-Gomez
Omeed M. Azmoudeh
ns@rmlawyers.com
vb@rmlawyers.com
kw@rmlawyers.com

[2] The Court did not set a date certain but instead stated that the stay would be lifted after the **currently** scheduled criminal trial. April 9, 2026, is one week after the currently scheduled criminal trial is set to finish.

sr@rmlawyers.com
qm@rmlawyers.com
fbg@rmlawyers.com
oa@rmlawyers.com
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence St., Suite #100

John Baxter
JOHN BAXTER ATTORNEY AT LAW
1099 Main Ave., Suite 500
Durango, Colorado 81301
(970) 903-9578
baxterlaw@gmail.com

*Interim Class Counsel*