**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02531-GPG-KAS
*Consolidated with Civil Action No. 25-cv-02763-GPG-KAS*

**TERRIANNE PAIGE HIEHLE**, in her individual capacity and on behalf of all others similarly situated;
**KATRINA LILE**, in her individual capacity and on behalf of all others similarly situated; and
**KIMBERLI LASHAWAY**, in her individual capacity and on behalf of all others similarly situated,

Plaintiffs,

v.

**EDWARD ABER**, in his individual capacity and official capacity as Jail Commander of the La Plata County Jail;
**LA PLATA COUNTY, COLORADO**;
**LA PLATA COUNTY SHERIFF'S OFFICE**;
**SEAN SMITH**, in his individual capacity and official capacity as Sheriff of La Plata County;
**MICHAEL SLADE**, in his individual capacity;
**JACOB HARRIS**, in his individual capacity; and
**JOHN/JANE DOES #1-10**, in their individual capacities,

Defendants.

---

**DEFENDANT ABER'S NOTICE OF INTENT TO FILE ANSWER IN RESPONSE TO PLAINTIFFS' COMPLAINT**

---

Defendant Edward Aber, by and through his counsel, William T. O'Connell, III, and Christy Zahradnik-Mitchell of Thompson, Coe, Cousins & Irons, LLP, in accordance with the Court's November 23, 2026 Order [Doc. No. 132], hereby submits his Notice of Intent to File an Answer in Response to Plaintiffs' Complaint.

Dated this 25th day of November 2026.

**THOMPSON, COE, COUSINS & IRONS, LLP**

***S/ William T. O'Connell, III***
William T. O'Connell, III
Christy Zahradnik-Mitchell
1700 Broadway, Suite 900
Denver, CO 80290
Telephone (303) 830-1212
Email: woconnell@thompsoncoe.com
Email: czahradnik-mitchell@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT EDWARD ABER**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2026, a true and correct copy of the foregoing **DEFENDANT ABER'S NOTICE OF INTENT TO FILE ANSWER IN RESPONSE TO PLAINTIFFS' COMPLAINT** was filed with the Clerk of the Court for the United States District Court for the District of Colorado using the Federal Court's CM/ECF, System, which will send notification of such filing to all counsel of record.

*s/ Barbara McCall*
Barbara McCall, Legal Assistant

*[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*